# REGISTER OF ACTIONS
### CASE NO. 2021DCV4259

| | |
|---|---|
| VIRGINIA MELENDEZ VS SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502 | Case Type: **Other Injury or Damage**<br>Date Filed: **12/15/2021**<br>Location: **327th District Court** |

## PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| **Defendant** | SAM'S WEST, INC. | | **LAURA M ENRIQUEZ**<br>*Retained*<br>915-532-2000(W) |
| **Plaintiff** | MELENDEZ, VIRGINIA | | **DANIELA LABINOTI**<br>*Retained*<br>915-581-4600(W) |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

01/03/2022  **Nonsuit** (Judicial Officer: Chew, Linda)
            Comment (/as per First Amended Petition // VC)

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 12/15/2021 | **Original Petition (OCA)**     Index # 1 |
| 12/15/2021 | **Case Information Sheet**     Index # 2 |
| 12/15/2021 | **E-File Event Original Filing** |
| 12/15/2021 | **Request**     Index # 3 |
| 12/20/2021 | **Citation** |
| |     SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502    Served    12/28/2021 |
| |                                                     Response Received 01/18/2022 |
| |                                                     Returned  01/10/2022 |
| 01/03/2022 | **Amended**     Index # 5 |
| 01/03/2022 | **Request**     Index # 6 |
| 01/18/2022 | **Citation** |
| |     SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502    Unserved |
| 01/18/2022 | **Jury Demand**     Index # 8 |
| 01/18/2022 | **Answer**     Index # 9 |
| 02/16/2022 | **Order Setting Hearing**     Index # 10 |
| 02/17/2022 | **Certificate of Service**     Index # 11 |
| 02/17/2022 | **Certificate of Service**     Index # 12 |
| 02/17/2022 | **Witness List**     Index # 13 |
| 02/17/2022 | **Designation of Expert Witness**     Index # 14 |
| 02/17/2022 | **Exhibit List**     Index # 15 |
| 03/08/2022 | **Status Hearing** (1:30 PM) (Judicial Officer Chew, Linda) |
| |     *03/09/2022 Reset by Court to 03/08/2022* |
| 03/15/2022 | **Order Setting Jury Trial**     Index # 16 |
| 03/23/2022 | **Certificate of Service**     Index # 17 |
| 04/01/2022 | **Certificate of Service**     Index # 18 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 19 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 20 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 21 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 22 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 23 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 24 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 25 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 26 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 27 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 28 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 29 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 30 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 31 |
| 04/18/2022 | **Notice of Intent to Use**     Index # 32 |
| 05/08/2023 | **Pre-Trial Hearing** (9:30 AM) (Judicial Officer Chew, Linda) |
| 05/09/2023 | **Jury Trial** (9:00 AM) (Judicial Officer Chew, Linda) |

EXHIBIT "A"