| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-___ |
| | § | |
| SAM'S CLUB, L.L.C. d/b/a SAM'S | § | |
| CLUB #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW VIRGINIA MELENDEZ (hereinafter referred to as "Plaintiff"), complaining of SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502 (hereinafter referred to as "Defendant SAM'S CLUB"), and for a cause of action would respectfully show the Court as follows:

### I.
### DISCOVERY CONTROL PLAN

Pursuant to Rule 190, discovery in this case will be conducted in Level 3.

### II.
### PARTIES AND SERVICE

Plaintiff VIRGINIA MELENDEZ is a resident of El Paso County, Texas.

Defendant SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502 is a foreign for-profit corporation doing business in El Paso County, Texas, and may be served with process by serving its registered agent, ARIF DEEN, or any other authorized officer or agent therein at 12406 Ashford Hollow, Sugar Land, Texas 77478 and/or wherever they may be found.

*Virginia Melendez vs. Sam's Club, L.L.C. d/b/a Sam's Club #6502*
Plaintiff's Original Petition

EXHIBIT "B"

Page **1** of 8

## III.
## VENUE AND JURISDICTION

The subject matter in controversy is within the jurisdictional limits of this Court. The Court has jurisdiction over this matter in that Plaintiff is a Texas resident and Defendant SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502 does business in the State of Texas. Venue in El Paso County, Texas is proper in this cause under Section §15.002(a) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in the county.

## IV.
## FACTUAL BACKGROUND

The injuries and damages suffered by Plaintiff VIRGINIA MELENDEZ and made the basis of this action arose out of an incident which occurred on or about January 6, 2020, in El Paso County, Texas, specifically at Defendant SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502's store located at 7001 Gateway West Boulevard, El Paso, Texas 79925. This store is owned, run, and operated by Defendant. As such, Plaintiff involves the doctrine of *respondeat superior* and/or vicarious liability. At the time in question, Plaintiff was an invitee at the subject retail store.

On January 6, 2020, Plaintiff VIRGINIA MELENDEZ was an invitee at the store in question. Plaintiff was in the food court near the entrance of Defendant store and had purchased some hot dogs for her and her husband. Plaintiff was heading to the condiment stand of the food court to prepare her food and as she was walking to the condiment stand, she slipped on a puddle of what appeared to be a clear, liquidly substance that resembled chicken grease, causing Plaintiff to fall hard onto the floor.

*Virginia Melendez vs. Sam's Club, L.L.C. d/b/a Sam's Club #6502*
Plaintiff's Original Petition

Page **2** of 8

Plaintiff MELENDEZ was not expecting the fall and fell to the floor in a very hard manner, causing Plaintiff to sustain severe injuries to her body.

At such time, Plaintiff was an invitee to whom Defendant owed a duty to use reasonable care, including the duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises and/or to warn of their existence.

The store in question is under the sole control of Defendant. Employees of Defendant are responsible for providing a safe place for customers. Defendant has a duty to keep their premise safe for invitees such as the Plaintiff. Defendant failed in this duty.

Defendant is vicariously liable for all acts/or omissions of negligence committed by their store managers, and any and all employees, officers, or agents of Defendant, which were the proximate cause of all damages suffered by Plaintiff.

As a result of the occurrence, Plaintiff sustained substantial injuries and damages.

## V.
## PLAINTIFF'S CLAIMS OF PREMISE LIABILITY AGAINST DEFENDANT SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502

Plaintiff would show that her injuries and damages were caused by the negligence of Defendant SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502. Plaintiff would show that said Defendant SAM'S CLUB owed her a duty of reasonable care, and Defendant's breach of such duty was a proximate cause of Plaintiff's injuries and damages. Defendant was negligent by breaching this duty to the Plaintiff in one or more of the following alternative theories of negligence:

1. Failure to maintain the property to prevent a danger to invitees such as the Plaintiff;
2. Failure to properly inspect the property and eliminate the dangerous condition on the premise;
3. Failure to warn invitees of the potentially dangerous conditions;
4. Failure to implement safety precautions to prevent injuries to invitees;

*Virginia Melendez vs. Sam's Club, L.L.C. d/b/a Sam's Club #6502*
Plaintiff's Original Petition

Page **3** of 8

5. Failure to assure that all employees complied with and followed all safety precautions to prevent injuries to invitees;
6. Failure to correct the dangerous conditions that existed on the premises for the time in question;
7. Ignoring the safety of the customers and invitees and acting with reckless disregard to the rights of the customers and invitees by failing to properly inspect/maintain the property to prevent having obstructions or dangerous conditions on the floor;
8. Negligent training and supervision by management and Defendant on the proper and safe procedures for handling maintenance issues on the premises, including but not limited to placing signs, warning customers, and/or closing the area so customers and/or invitees cannot walk by;
9. Failure to put warning signs out for customers and invitees warning them of the dangerous condition;
10. Other negligence.

Each of which acts and/or omissions referenced above was other than what a reasonable and prudent person would have been doing under the same or similar circumstances and was a proximate cause of Plaintiff's injuries and damages.

It is foreseeable that failing to properly inspect and/or maintain the premises to discover and resolve the dangerous conditions, could cause harm to customers, and invites including the Plaintiff; nevertheless, Defendant SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502's employees ignored the risk and acted with reckless disregard to the safety of the public.

## VI.
## PLAINTIFF'S CLAIM OF VICARIOUS LIABILITY AGAINST DEFENDANT SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502

Alternatively, and without waiving the foregoing, Plaintiff would show that Defendant SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502 is liable for the damages and injuries which were caused by the negligence and other wrongful conduct of its employees, agents, managers, officers, and/or representatives. Defendant SAM'S CLUB is liable for the acts and/or omissions of their employees, agents, managers, officers, and/or representatives. In addition, Defendant SAM'S CLUB owed a duty of care to Plaintiff because of Defendant's right of control, which

arose through the course of dealing. Defendant SAM'S CLUB is liable under the *respondeat superior;* master/servant, principal/agent.

## VII.
## PLAINTIFF'S DAMAGES

As a direct result of the occurrence, Plaintiff suffered bodily injuries. As a further result of the occurrence, Plaintiff has incurred expenses for medical care, nursing services, attention, and other expenses. These expenses incurred were necessary for the care and treatment of the injuries sustained by Plaintiff and the charges made and to be made were the usual and customary charges for such services. Plaintiff will require further medical care, nursing services, and attention, and will necessarily incur reasonable expenses in the future for such medical needs.

Plaintiff has suffered extreme pain and suffering in the past and Plaintiff will continue to suffer pain and suffering in the future. Plaintiff has suffered mental anguish in the past and will continue to suffer mental anguish in the future. As a result of the occurrence, Plaintiff has suffered within the jurisdictional limits of this Court and requests monetary relief **no more than $74,500.00, exclusive of interest and costs, in this action, at any time.**

## VIII.
## RELIEF REQUESTED

Pursuant to Tex. R. Civ. P. 47(c), Plaintiff is required to plead the maximum amount of damages sought, however, some damages are unliquidated and cannot be easily calculated in monetary terms. In addition, discovery has not yet begun and the extend of Plaintiff's future damages is still being determined. At the early stage of the proceedings, Plaintiff requests that

*Virginia Melendez vs. Sam's Club, L.L.C. d/b/a Sam's Club #6502*
Plaintiff's Original Petition

Page **5** of **8**

the jury be fair and reasonable in its determination of damages in an amount of relief **no more than $74,500.00, exclusive of interest and costs, in this action, at any time.**

## IX.
## JURY DEMAND

Plaintiff respectfully requests a trial by jury of the issues of this case.

## X.

Plaintiff hereby notifies Defendant that Plaintiff intends to use Defendant's discovery answers and responses, including any evidence produced in responses to such discovery, as evidence in trial in accordance with such right and privileges established by Tex. R. Civ. P. 193.7.

## XI.
## REQUEST FOR INITIAL DISCLOSURES TO DEFENDANT
## DUTY TO DISCLOSE WITHIN 30 DAYS OF THE SERVICES.

**PLEASE BE ADVISED THAT UNDER TEXAS RULE 194, YOU MUST PRODUCE AND PROVIDE THE REQUIRED DISCLOSURES WITHIN 30 DAYS OF SERVICE:**

(a) **Time for Initial Disclosures.** A party must make the initial disclosures within 30 days after the filing of the first answer or general appearance unless a different time is set by the parties' agreement or court order. A party that is first served or otherwise joined after the filing of the first answer or general appearance must make the initial disclosures within 30 days after being served or joined.

(b) **Content.** Without awaiting a discovery request, Aa party may request disclosure of any or all of the following must provide to the other parties:

  (1) the correct names of the parties to the lawsuit;
  (2) the name, address, and telephone number of any potential parties;
  (3) the legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not marshal all evidence that may be offered at trial);
  (4) the amount and any method of calculating economic damages;
  (5) the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

*Virginia Melendez vs. Sam's Club, L.L.C. d/b/a Sam's Club #6502*
Plaintiff's Original Petition

Page **6** of **8**

(6) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the responding party has in its possession, custody, or control, and may use to support its claims or defenses, unless the use would be solely for impeachment;

(7) any indemnity and insuring agreements described in Rule 192.3(f);

(8) any settlement agreements described in Rule 192.3(g);

(9) any witness statements described in Rule 192.3(h);

(10) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(11) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party; and

(12) the name, address, and telephone number of any person who may be designated as a responsible third party.

**194.3 Testifying Expert Disclosures.**

In addition to the disclosures required by Rule 194.2, a party must disclose to the other parties testifying expert information as provided by Rule 195.

**Disclosures. Without awaiting a discovery request, a party must provide the following for any testifying expert:**

(1) the expert's name, address, and telephone number;

(2) the subject matter on which the expert will testify;

(3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information.

(4) if the expert is retained by, employed by, or otherwise subject to the control of the responding party.

## XII.
## CONCLUSION AND PRAYER

**WHEREFORE PREMISES CONSIDERED,** Plaintiff prays that Defendant be cited to

appear and answer, and that on final trial, Plaintiff have judgment against Defendant for all relief

requested, for costs, pre-judgment, and post judgment interest and for such other relief, general

*Virginia Melendez vs. Sam's Club, L.L.C. d/b/a Sam's Club #6502*
Plaintiff's Original Petition

Page **7** of 8

and special, at law or in equity, to which Plaintiff is entitled to relief of **no more than**

**$74,500.00, exclusive of interest and costs, in this action, at any time.**

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar Number: 24050900

*Virginia Melendez vs. Sam's Club, L.L.C. d/b/a Sam's Club #6502*
Plaintiff's Original Petition

Page **8** of 8

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 60049212
Status as of 12/15/2021 4:48 PM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |

El Paso County - 327th District Court    Case 3:22-cv-00157-DCG    Document 1-2    Filed 05/02/22    Page 10 of 145

Filed 6/11/2021 12:10 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4259

DOCUMENT INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____    COURT *(FOR CLERK USE ONLY):* _____

STYLED: **VIRGINIA MELENDEZ VS. SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502**

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| Name: | Email: | Plaintiff(s)/Petitioner(s): | ☒ Attorney for Plaintiff/Petitioner |
|---|---|---|---|
| **Daniela Labinoti** | **Daniela@labinotilaw.com** | **Virginia Melendez** | ☐ *Pro Se* Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: _____ |

| Address: | Telephone: | Defendant(s)/Respondent(s): | Additional Parties in Child Support Case: |
|---|---|---|---|
| **707 Myrtle Avenue** | **(915) 581-4600** | [Attach additional page as necessary to list all parties] | Custodial Parent: _____ |

| City/State/Zip: | Fax: | **Sam's Club, L.L.C. d/b/a Sam's Club #6502** | Non-Custodial Parent: _____ |
|---|---|---|---|
| **El Paso, Texas 79901** | **(915) 581-4605** | | |

| Signature: | State Bar No: 24050900 | | Presumed Father: _____ |
|---|---|---|---|
| */s/ Daniela Labinoti* | | | |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| *Civil* | | | *Family Law* | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |

*Debt/Contract*
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract: _____

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract: _____

**Injury or Damage**
☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
   ☐ Accounting
   ☐ Legal
   ☐ Medical
   ☐ Other Professional Liability: _____
☐ Motor Vehicle Accident
☒ **Premises**
*Product Liability*
   ☐ Asbestos/Silica
   ☐ Other Product Liability List Product: _____
☐ Other Injury or Damage: _____

**Real Property**
☐ Eminent Domain/ Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property: _____

**Related to Criminal Matters**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus— Pre-indictment
☐ Other: _____

**Marriage Relationship**
☐ Annulment
☐ Declare Marriage Void
*Divorce*
   ☐ With Children
   ☐ No Children

**Other Family Law**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other: _____

**Post-judgment Actions (non-Title IV-D)**
☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Parent-Child Relationship**
☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child: _____

| **Employment** | **Other Civil** | |
|---|---|---|

**Employment**
☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment: _____

**Other Civil**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other: _____

| **Tax** | *Probate & Mental Health* | |
|---|---|---|

**Tax**
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other: _____

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action

☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment

☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

**4. Indicate damages sought** *(do not select if it is a family law case):*

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre- judgment interest, and attorney fees
☒ **Less than $100,000 and non-monetary relief.**
☐ Over $100,000 but not more than $250,000.
☐ Over $250,000 but not more than $1,000,000.
☐ Over $1,000,000

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 60049212
Status as of 12/15/2021 4:48 PM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |



# Law Firm of Daniela Labinoti P.C.
### – *Texas & New Mexico* –

December 15, 2021

***Via Texas E-Filing***
El Paso County District Clerk's Office

Re:   Issuance of Citations
Cause No.: 2021-DCV-_____
Filing Date: December 15, 2021
Type of Service:
1. **Citation for Outside Service via Certified Mail Return Receipt Requested** for Defendant Sam's Club, L.L.C. d/b/a Sam's Club #6502

Dear Sir or Madam:

Please be advised I am requesting that citations be issued for the case styled *Virginia Melendez vs. Sam's Club, L.L.C. d/b/a Sam's Club #6502* for **service of process on Defendant**. Our office is requesting the following citation be issued in connection with Plaintiff's Original Petition, which was filed on November 18, 2021.

- **Citation for Outside Service via Certified Mail Return Receipt Requested on Defendant Sam's Club, L.L.C. d/b/a Sam's Club #6502.** Defendant Sam's Club, L.L.C. d/b/a Sam's Club #6502 is a foreign for-profit corporation doing business in El Paso County, Texas, and may be served with process by serving its registered agent, ARIF DEEN, or any other authorized officer or agent therein at 12406 Ashford Hollow, Sugar Land, Texas 77478 and/or wherever they may be found.

Please note that the requested citation for the above referenced matter should be emailed to the following email addresses:

biancam@labinotilaw.com      daniela@labinotilaw.com      suetta@labinotilaw.com

**707 Myrtle Avenue, El Paso, Texas 79901**
www.labinotilaw.com ♦ **Email:** *Daniela@labinotilaw.com*
**Phone (915) 581-4600 ♦ Fax (915)581-4605**

Copy from re:SearchTX

As of January 1, 2021, the Texas Rules of Civil Procedure have changed and now require additional, specific language in the citation. Please be sure the citations include the following language:

The citation shall direct the defendant to file a written answer to the plaintiff's petition on or before 10:00 a.m. on the Monday next after the expiration of twenty days after the date of service thereof.

The citation shall include the following notice to the defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

If you have any questions, please do not hesitate to contact my legal assistant Bianca C. Martinez at (915)581-4600 or by email at [biancam@labinotilaw.com](mailto:biancam@labinotilaw.com).

Respectfully submitted,

*/s/ Daniela Labinoti*
Daniela Labinoti
Attorney at Law

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 60049212
Status as of 12/15/2021 4:48 PM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bianca Martinez | | biancam@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 12/15/2021 12:10:22 PM | SENT |

# THE STATE OF TEXAS

*12-28-21*

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

TO:  **SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502**, which may be served with process **by serving its registered agent, ARIF DEEN, of any other authorized officer or agent therein at 12406 ASHFORD HOLLOW, SUGAR LAND, TX 77478**

Greetings:

You are hereby commanded to appear **by filing a written answer to the Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **327th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 15th day of December, 2021, by Attorney at Law DANIELA LABINOTI 707 MYRTLE AVENUE EL PASO TX 79901 in this case numbered **2021DCV4259** on the docket of said court, and styled:

**VIRGINIA MELENDEZ**
**VS**
**SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 20th day of December, 2021.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

By _____ , Deputy
Veronica Cables

**ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE**
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2021, at _____ I mailed to _____ _____ _____ Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition attached thereto.

_____
TITLE

| *NAME OF PREPARER | | TITLE |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**PLAINTIFF'S FIRST AMENDED PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW VIRGINIA MELENDEZ (hereinafter referred to as "Plaintiff"), complaining of SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502 (hereinafter referred to as "Defendant SAM'S CLUB"), and for a cause of action would respectfully show the Court as follows:

**I.**
**DISCOVERY CONTROL PLAN**

Pursuant to Rule 190, discovery in this case will be conducted in Level 3.

**II.**
**PARTIES AND SERVICE**

Plaintiff VIRGINIA MELENDEZ is a resident of El Paso County, Texas.

Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502 is a foreign for-profit corporation doing business in El Paso County, Texas, and may be served with process by serving its registered agent, CT CORPORATION SYSTEM, or

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's First Amended Petition

Page **1** of 8

Copy from re:SearchTX

any other authorized officer or agent therein at 1999 Bryan Street, Suite #900, Dallas, Texas 75201 and/or wherever they may be found.

## III.
## VENUE AND JURISDICTION

The subject matter in controversy is within the jurisdictional limits of this Court. The Court has jurisdiction over this matter in that Plaintiff is a Texas resident and Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502 does business in the State of Texas. Venue in El Paso County, Texas is proper in this cause under Section §15.002(a) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in the county.

## IV.
## FACTUAL BACKGROUND

The injuries and damages suffered by Plaintiff VIRGINIA MELENDEZ and made the basis of this action arose out of an incident which occurred on or about January 6, 2020, in El Paso County, Texas, specifically at Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502's store located at 7001 Gateway West Boulevard, El Paso, Texas 79925. This store is owned, run, and operated by Defendant. As such, Plaintiff involves the doctrine of *respondeat superior* and/or vicarious liability. At the time in question, Plaintiff was an invitee at the subject retail store.

On January 6, 2020, Plaintiff VIRGINIA MELENDEZ was an invitee at the store in question. Plaintiff was in the food court near the entrance of Defendant store and had purchased some hot dogs for her and her husband. Plaintiff was heading to the condiment stand of the food court to prepare her food and as she was walking to the condiment stand, she slipped on a puddle

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's First Amended Petition

Page **2** of 8

Copy from re:SearchTX

of what appeared to be a clear, liquidly substance that resembled chicken grease, causing

Plaintiff to fall hard onto the floor.

Plaintiff MELENDEZ was not expecting the fall and fell to the floor in a very hard

manner, causing Plaintiff to sustain severe injuries to her body.

At such time, Plaintiff was an invitee to whom Defendant owed a duty to use

reasonable care, including the duty to protect and safeguard Plaintiff from unreasonably

dangerous conditions on the premises and/or to warn of their existence.

The store in question is under the sole control of Defendant. Employees of Defendant

are responsible for providing a safe place for customers. Defendant has a duty to keep their

premise safe for invitees such as the Plaintiff. Defendant failed in this duty.

Defendant is vicariously liable for all acts/or omissions of negligence committed by

their store managers, and any and all employees, officers, or agents of Defendant, which were

the proximate cause of all damages suffered by Plaintiff.

As a result of the occurrence, Plaintiff sustained substantial injuries and damages.

## V.
## PLAINTIFF'S CLAIMS OF PREMISE LIABILITY AGAINST DEFENDANT SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502

Plaintiff would show that her injuries and damages were caused by the negligence of

Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB

#6502. Plaintiff would show that said Defendant SAM'S CLUB owed her a duty of reasonable

care, and Defendant's breach of such duty was a proximate cause of Plaintiff's injuries and

damages. Defendant was negligent by breaching this duty to the Plaintiff in one or more of the

following alternative theories of negligence:

1.  Failure to maintain the property to prevent a danger to invitees such as the Plaintiff;

Copy from re:SearchTX

2. Failure to properly inspect the property and eliminate the dangerous condition on the premise;
3. Failure to warn invitees of the potentially dangerous conditions;
4. Failure to implement safety precautions to prevent injuries to invitees;
5. Failure to assure that all employees complied with and followed all safety precautions to prevent injuries to invitees;
6. Failure to correct the dangerous conditions that existed on the premises for the time in question;
7. Ignoring the safety of the customers and invitees and acting with reckless disregard to the rights of the customers and invitees by failing to properly inspect/maintain the property to prevent having obstructions or dangerous conditions on the floor;
8. Negligent training and supervision by management and Defendant on the proper and safe procedures for handling maintenance issues on the premises, including but not limited to placing signs, warning customers, and/or closing the area so customers and/or invitees cannot walk by;
9. Failure to put warning signs out for customers and invitees warning them of the dangerous condition;
10. Other negligence.

Each of which acts and/or omissions referenced above was other than what a reasonable and prudent person would have been doing under the same or similar circumstances and was a proximate cause of Plaintiff's injuries and damages.

It is foreseeable that failing to properly inspect and/or maintain the premises to discover and resolve the dangerous conditions, could cause harm to customers, and invites including the Plaintiff; nevertheless, Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502's employees ignored the risk and acted with reckless disregard to the safety of the public.

## VI.
## PLAINTIFF'S CLAIM OF VICARIOUS LIABILITY AGAINST DEFENDANT SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502

Alternatively, and without waiving the foregoing, Plaintiff would show that Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502 is liable for the damages and injuries which were caused by the negligence and other wrongful conduct of

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's First Amended Petition

Page **4** of **8**

Copy from re:SearchTX

its employees, agents, managers, officers, and/or representatives. Defendant SAM'S CLUB is liable for the acts and/or omissions of their employees, agents, managers, officers, and/or representatives. In addition, Defendant SAM'S CLUB owed a duty of care to Plaintiff because of Defendant's right of control, which arose through the course of dealing. Defendant SAM'S CLUB is liable under the *respondeat superior;* master/servant, principal/agent.

## VII.
## PLAINTIFF'S DAMAGES

As a direct result of the occurrence, Plaintiff suffered bodily injuries. As a further result of the occurrence, Plaintiff has incurred expenses for medical care, nursing services, attention, and other expenses. These expenses incurred were necessary for the care and treatment of the injuries sustained by Plaintiff and the charges made and to be made were the usual and customary charges for such services. Plaintiff will require further medical care, nursing services, and attention, and will necessarily incur reasonable expenses in the future for such medical needs.

Plaintiff has suffered extreme pain and suffering in the past and Plaintiff will continue to suffer pain and suffering in the future. Plaintiff has suffered mental anguish in the past and will continue to suffer mental anguish in the future. As a result of the occurrence, Plaintiff has suffered within the jurisdictional limits of this Court and requests monetary relief **no more than $74,500.00, exclusive of interest and costs, in this action, at any time.**

## VIII.
## RELIEF REQUESTED

Pursuant to Tex. R. Civ. P. 47(c), Plaintiff is required to plead the maximum amount of damages sought, however, some damages are unliquidated and cannot be easily calculated in

Copy from re:SearchTX

monetary terms. In addition, discovery has not yet begun and the extend of Plaintiff's future

damages is still being determined. At the early stage of the proceedings, Plaintiff requests that

the jury be fair and reasonable in its determination of damages in an amount of relief **no more**

**than $74,500.00, exclusive of interest and costs, in this action, at any time.**

## IX.
## JURY DEMAND

Plaintiff respectfully requests a trial by jury of the issues of this case.

## X.

Plaintiff hereby notifies Defendant that Plaintiff intends to use Defendant's discovery

answers and responses, including any evidence produced in responses to such discovery, as

evidence in trial in accordance with such right and privileges established by Tex. R. Civ. P.

193.7.

## XI.
## REQUEST FOR INITIAL DISCLOSURES TO DEFENDANT
## DUTY TO DISCLOSE WITHIN 30 DAYS OF THE SERVICES.

**PLEASE BE ADVISED THAT UNDER TEXAS RULE 194, YOU MUST PRODUCE AND
PROVIDE THE REQUIRED DISCLOSURES WITHIN 30 DAYS OF SERVICE:**

(a) **Time for Initial Disclosures.** A party must make the initial disclosures within 30 days
after the filing of the first answer or general appearance unless a different time is set by
the parties' agreement or court order. A party that is first served or otherwise joined after
the filing of the first answer or general appearance must make the initial disclosures
within 30 days after being served or joined.

(b) **Content.** Without awaiting a discovery request, Aa party may request disclosure of any
or all of the following must provide to the other parties:

(1) the correct names of the parties to the lawsuit;
(2) the name, address, and telephone number of any potential parties;
(3) the legal theories and, in general, the factual bases of the responding party's claims or
defenses (the responding party need not marshal all evidence that may be offered at trial);

Copy from re:SearchTX

(4) the amount and any method of calculating economic damages;
(5) the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;
(6) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the responding party has in its possession, custody, or control, and may use to support its claims or defenses, unless the use would be solely for impeachment;
(7) any indemnity and insuring agreements described in Rule 192.3(f);
(8) any settlement agreements described in Rule 192.3(g);
(9) any witness statements described in Rule 192.3(h);
(10) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;
(11) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party; and
(12) the name, address, and telephone number of any person who may be designated as a responsible third party.

### 194.3 Testifying Expert Disclosures.

In addition to the disclosures required by Rule 194.2, a party must disclose to the other parties testifying expert information as provided by Rule 195.

**Disclosures. Without awaiting a discovery request, a party must provide the following for any testifying expert:**

(1) the expert's name, address, and telephone number;
(2) the subject matter on which the expert will testify;
(3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information.
(4) if the expert is retained by, employed by, or otherwise subject to the control of the responding party.

## XII.
## CONCLUSION AND PRAYER

**WHEREFORE PREMISES CONSIDERED,** Plaintiff prays that Defendant be cited to

appear and answer, and that on final trial, Plaintiff have judgment against Defendant for all relief

requested, for costs, pre-judgment, and post judgment interest and for such other relief, general

Copy from re:SearchTX

and special, at law or in equity, to which Plaintiff is entitled to relief of **no more than $74,500.00, exclusive of interest and costs, in this action, at any time.**

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar Number: 24050900

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 60452253
Status as of 1/11/2022 9:43 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Daniela Labinoti | | daniela@labinotilaw.com | 1/3/2022 4:15:42 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 1/3/2022 4:15:42 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 1/3/2022 4:15:42 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 1/3/2022 4:15:42 PM | SENT |

Copy from re:SearchTX



# Law Firm of Daniela Labinoti P.C.

*- Texas & New Mexico –*

January 3, 2022

***Via Texas E-Filing***
El Paso County District Clerk's Office

Re:    Issuance of Citations
Cause No.: 2021-DCV-4259
Filing Date: January 3, 2022
Type of Service:
1. **Citation for Outside Service via Certified Mail Return Receipt Requested** for Defendant Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502

Dear Sir or Madam:

Please be advised I am requesting that citations be issued for the case styled *Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502* for **service of process on Defendant**. Our office is requesting the following citation be issued in connection with Plaintiff's First Amended Petition, which was E-Filed on January 3, 2021.

-    **Citation for Outside Service via Certified Mail Return Receipt Requested on Defendant Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club 6502.** Defendant Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502 is a foreign for-profit corporation doing business in El Paso County, Texas, and may be served with process by serving its registered agent, CT CORPORATION SYSTEM, or any other authorized officer or agent therein at 1999 Bryan Street, Suite #900, Dallas, Texas 75201 and/or wherever they may be found.

Please note that the requested citation for the above referenced matter should be emailed to the following email addresses:

biancam@labinotilaw.com    daniela@labinotilaw.com    suetta@labinotilaw.com

**707 Myrtle Avenue, El Paso, Texas 79901**
www.labinotilaw.com ♦ **Email:** *Daniela@labinotilaw.com*
**Phone (915) 581-4600 ♦ Fax (915)581-4605**

As of January 1, 2021, the Texas Rules of Civil Procedure have changed and now require additional, specific language in the citation. Please be sure the citations include the following language:

The citation shall direct the defendant to file a written answer to the plaintiff's petition on or before 10:00 a.m. on the Monday next after the expiration of twenty days after the date of service thereof.

The citation shall include the following notice to the defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

If you have any questions, please do not hesitate to contact my legal assistant Bianca C. Martinez at (915)581-4600 or by email at [biancam@labinotilaw.com](mailto:biancam@labinotilaw.com).

Respectfully submitted,

*/s/ Daniela Labinoti*
Daniela Labinoti
Attorney at Law

2

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 60452253
Status as of 1/11/2022 9:43 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Danny Leal | | danny@labinotilaw.com | 1/3/2022 4:15:42 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 1/3/2022 4:15:42 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 1/3/2022 4:15:42 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 1/3/2022 4:15:42 PM | SENT |

**RETURN OF SERVICE**

*ARI7 ROman on Behalf of Sam's Club LLC*

Delivery was completed on ___12-28-2021___ , delivered to *Y Sam's Club LLC*

*Sam's Club #6592* _____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

     The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____ .

     This forwarding address was provided: _____

*7021 0350 0001 8980 5915*

El Paso County, Texas

By: _____
     ~~Deputy District Clerk~~

OR

_____
Name of Authorized Person

By: ___*Kathryn Aziz*___

**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

     Before me, a notary public, on this day personally appeared *Kathryn Aziz*, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Liliana H Chavez
My Commission Expires
02/03/2025
ID No 126245936

Subscribed and sworn to be on this *10th* day

of *January*, *2022*

_____
Notary Public, State of *Texas*

My commission expires: *02-03-25*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ARLF-DWA
Sam's Club ILC
1249E C
S... H
T/S

9590 9402 4170 8092 3446 24

2. Article Number (Transfer from service label)
7021 0350 0001 8980 5919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)
Arf Deen

C. Date of Delivery
12/28/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

# 6502
Hollow

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
327TH JUDICIAL DISTRICT COURT

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Cause No. 2021DCV4259 |
| SAM'S CLUB, LLC d/b/a SAM'S | § | |
| CLUB #6502, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant SAM'S CLUB, LLC d/b/a SAM'S CLUB #6502 (proper entity being SAM'S

EAST, INC.) files its Answer to Plaintiff's Original Petition ("Petition"), and in support thereof would

respectfully show the Court as follows:

## I.

## GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies all material

allegations contained in Plaintiff's Original Petition and demand strict proof thereof as required by

law.

## II.

## DEFENSES

A.    The acts and omissions of certain non-parties to this lawsuit were the sole proximate cause of

the occurrence and any alleged injuries or damages claimed by Plaintiff.

B.    To the extent Plaintiff suffered any injuries or damages as described in Plaintiff's Petition,

which Defendant denies, those injuries and damages were proximately caused by the acts or omissions

of persons and/or entities over whom Defendant has no control and for whom Defendant has no liability.

C.      Plaintiff's injuries and damages, if any, may have resulted from pre-existing and/or unrelated condition(s), and thus were not proximately caused by the occurrence made the basis of this lawsuit.

D.      Plaintiff's injuries and damages, if any, may have resulted from subsequent events or conditions that constitute new and intervening causes, which were not proximately caused by Defendant.

E.      Defendant would show that the occurrence in question may have been caused by the negligence of a third party over whom Defendant had no control and said negligence was the proximate cause, or in the alternative, the sole proximate cause of the occurrence, incident, event or accident underlying this suit and of the alleged damages to Plaintiff.

F.      Plaintiff's injuries and damages, if any, may have been the result of an unavoidable accident as that term is defined and recognized by law.

G.      The injuries and damages sustained by Plaintiff, if any, can be attributed to several causes and accordingly should be apportioned among the various causes according to the respective contributions of such causes to the harm sustained.

H.      Defendant pleads Texas Civil Practice and Remedies Code Section 41.0105, which limits Plaintiff's recovery of medical expenses.

I.      Defendant plead the provisions of the Texas Finance Code, Section 304.1045, which prohibits the recovery of prejudgment interest on any award of future damages.

J.      Plaintiff's recovery for lost earnings, lost earning capacity, or other pecuniary loss, if any, must be limited to the net loss after reduction for income tax payments or unpaid tax liability pursuant to federal income tax law pursuant to Tex. Civ. Prac. & Rem. Code Section 18.091(a).

## III.

## AFFIRMATIVE DEFENSES

In the alternative, and without waiving the foregoing, Defendant asserts the following affirmative defenses:

A.      Plaintiff's injuries and damages, if any, may have been proximately caused by Plaintiff's own negligence, which bars recovery or, in the alternative, reduces it proportionately.

B.      To the extent Plaintiff failed to act reasonably to mitigate alleged damages, if any, Defendant are not responsible for any damages that could have been avoided.

## IV.

## JURY DEMAND

Defendant request trial by jury and reserves the right to amend.

**WHEREFORE, PREMISES CONSIDERED,** Defendant pray that upon final hearing that it be discharged and allowed to go hence without day and with its costs and that the Court grant Defendant such other and further relief, general or special, legal or equitable, to which Defendant may be justly entitled.

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas  79999-1977
Phone:   (915) 532-2000
Telefax: (915) 541-1597
enriquez@mgmsg.com

By: _____/s/ Laura Enriuqez_____
         Laura Enriquez
         State Bar No. 00795790
         Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

In compliance with Texas Rule of Civil Procedure 21a (e), I certify that on this 18TH day of January 2022, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21 (f)(1), and served electronically to the following counsel of record:

Daniela Labinoti
Law Firm of Daniela Labinoti, P.C.
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
daniela@labinotilaw.com

*/s/ Laura Enriquez*
Laura Enriquez

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeanette Williams on behalf of Laura Enriquez
Bar No. 00795790
jwilliams@mgmsg.com
Envelope ID: 60923098
Status as of 1/19/2022 9:57 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Daniela Labinoti | | daniela@labinotilaw.com | 1/18/2022 4:26:17 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 1/18/2022 4:26:17 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 1/18/2022 4:26:17 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 1/18/2022 4:26:17 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ilene Torres | | itorres@mgmsg.com | 1/18/2022 4:26:17 PM | SENT |
| Jeanette Williams | | jwilliams@mgmsg.com | 1/18/2022 4:26:17 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Enriquez | | enriquez@mgmsg.com | 1/18/2022 4:26:17 PM | SENT |

Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4259

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
327TH JUDICIAL DISTRICT COURT

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Cause No. 2021DCV4259 |
| SAM'S CLUB, LLC d/b/a SAM'S | § | |
| CLUB #6502, | § | |
| | § | |
| Defendant. | § | |

## **DEFENDANT'S JURY DEMAND AND SUBMISSION OF FEE**

Defendant SAM'S CLUB, LLC d/b/a SAM'S CLUB 6502, having filed with the clerk of

the court a written request for jury trial in compliance with Texas Rule of Civil Procedure

216(a), herewith deposit with the clerk the jury fee of FORTY DOLLARS ($40.00).  The clerk,

pursuant to Texas Rule of Civil Procedure 216(b), is requested to promptly enter a notation of

payment of such fee upon the court's docket sheet.

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas  79999-1977
Phone:  (915) 532-2000
Telefax: (915) 541-1597
enriquez@mgmsg.com

By: __/s/ Laura Enriquez_____
        Laura Enriquez
        State Bar No. 00795790
        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

In compliance with Texas Rule of Civil Procedure 21a (e), I certify that on this 18TH day of January 2022, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21 (f)(1), is served on the party or attorney electronically pursuant to Texas Rule of Civil Procedure 21a (a)(1), or if the email address of the party or attorney is not on file with the electronic filing manager then service is accomplished pursuant to Texas Rule of Civil Procedure 21a (a)(2).

The following parties or attorney(s) are served with the foregoing document:

Daniela Labinoti
Law Firm of Daniela Labinoti, P.C.
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
daniela@labinotilaw.com

_____/s/ Laura Enriquez_____
Laura Enriquez

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeanette Williams on behalf of Laura Enriquez
Bar No. 00795790
jwilliams@mgmsg.com
Envelope ID: 60923098
Status as of 1/19/2022 9:57 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 1/18/2022 4:26:17 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 1/18/2022 4:26:17 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 1/18/2022 4:26:17 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 1/18/2022 4:26:17 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ilene Torres | | itorres@mgmsg.com | 1/18/2022 4:26:17 PM | SENT |
| Jeanette Williams | | jwilliams@mgmsg.com | 1/18/2022 4:26:17 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 1/18/2022 4:26:17 PM | SENT |

**IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS**
**327TH JUDICIAL DISTRICT**

VIRGINIA MELENDEZ

    vs                                  Cause No. 2021DCV4259

SAM'S CLUB, L.L.C. D/B/A SAM'S CLUB
#6502; SAM'S WEST, INC.

**<u>ORDER SETTING HEARING</u>**

*Due to the COVID-19 pandemic, and pursuant to the Texas Supreme Court's directive, this hearing will be held remotely via ZOOM hearing;* Join Zoom Meeting
https://txcourts.zoom.us/j/94077242002  Meeting ID: 940 7724 2002

*please add your name and cause no. upon joining the Zoom meeting*

The above reference case is **<u>SET</u>** as follows:

| Date | Time | Description |
|---|---|---|
| **03/08/2022** | **1:30 PM(MST)** | **Status/Scheduling Conference** |

Dear Counsel:

The Court requires that counsel appear or that arrangements be made for local counsel to appear
**If you do not show to court on the day of your hearing this case will be Dismissed For Want of Prosecution or pursuant to the Court's inherent power.**

If the above reference case has already been settled, tried or dismissed, please notify my Court Coordinator (Estela Alarcon: (915) 546-2032) upon receipt of this order.

**PLEASE BE ADVISED:** *By Standing Order in Civil Matters signed and entered by the Council of Judges, pursuant to the Texas Supreme Court Order mandating electronic filing of civil matters effective January 1, 2014:* **Parties shall provide a courtesy hard copy, <u>MAILED, OR HAND-DELIVERED,</u> to the court of motions, responses and pertinent supporting documents, no later than 7 working days before the hearing. Failure to comply with this order may result in cancellations of the hearing.**

**Signed on this the 16th day of February, 2022**

_____
**LINDA Y. CHEW, Judge**

**<u>*IF YOU KNOW OF AN ATTORNEY INVOLVED IN THIS CASE AND NOT LISTED, PLEASE PROVIDE HIM/HER WITH A COPY OF THIS SETTING.*</u>**

*DANIELA LABINOTI*
*LAURA M ENRIQUEZ*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 61828796
Status as of 2/17/2022 8:09 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 2/16/2022 5:58:42 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 2/16/2022 5:58:42 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 2/16/2022 5:58:42 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 2/16/2022 5:58:42 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 2/16/2022 5:58:42 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 2/16/2022 5:58:42 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 2/16/2022 5:58:42 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## PLAINTIFF'S CERTIFICATE OF SERVICE

COMES NOW VIRGINIA MELENDEZ, Plaintiff in the above entitled and numbered

cause and files this her Certificate of Service and states that the following documents were

served through the Texas E-Filing System and were emailed to counsel for Defendant:

1.   Plaintiff's Initial Disclosures
2.   Plaintiff's Witness List and Persons with Relevant Knowledge
3.   Plaintiff's Designation of Non-Retained Experts
4.   Plaintiff's Exhibit List

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar No.: 24050900

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's Certificate of Service

Page **1** of 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17ᵗʰ day of February, 2022, a true and correct copy of the foregoing was E-Filed and served on:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**

DL/bm

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**PLAINTIFF'S DESIGNATION OF NON-RETAINED EXPERTS**

COMES NOW VIRGINIA MELENDEZ, Plaintiff in the above entitled and numbered

cause and files this her Designation of Non-Retained Experts as follows:

**PLAINTIFF'S NON-RETAINED EXPERT WITNESSES**

> **Dr. Michael H. Annabi, M.D.**
> **Dr. Mark A. Boykin, M.D.**
> **Dr. Adam Villalba, M.D.**
> **Brandy Borunda, P.A.**
> **Andi Lopez, R.N.**
> **Brianna Raghunath, R.N.**
> **Tino Lopez, R.T.**
> **Jackie Viera**
> **Shelly Shaut (Custodian of Records)**
> **Ann Todd (Custodian of Records)**
> **Physicians, nurses, employees, personnel, and custodian of record(s) of:**
> **Las Palmas Medical Center**
> 1801 North Oregon Street
> El Paso, Texas 79902
> (915)521-1200
> Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
> future medical bills, physical limitations and restrictions, past and future
> impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Villalba, M.D.**
**Brandy Borunda, P.A.**
**Dominique Gill (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Emergency Services of Texas, P.A.**
P.O. Box 638668
Cincinnati, Ohio 45263-8668
1(888)952-6772
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Mark A. Boykin, M.D.**
**Terrie Sheldon (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**RadAdvantage, A Professional Corporation**
P.O. Box 3353
Indianapolis, Indiana 46206-3353
1(866)881-4351
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Raul Lopez, M.D.**
**Dr. Paul Marullo, D.C.**
**I. Avila**
**Nichole Feria**
**Randle Feria (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**El Paso Chiropractic Center**
125 Glenwood, Suite F
El Paso, Texas 79905
(915)500-1835
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Richard Anguiano, M.D.**
**Dr. Scott Blumenfeld, M.D.**
**Dr. Samir A. Chhaya, M.D.**
**Dr. Paul Marullo, D.C.**
**Cristina Carrera (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Southwest X-Ray**
**Akumin Imaging Texas**
10501 Gateway West Boulevard, Suite A-140

El Paso, Texas 79925
(915)544-7300
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Paul Marullo, D.C.**
**Christina Brown (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Omni Healthcare a/k/a MedChex**
P.O. Box 392455
Pittsburgh, Pennsylvania 15251-9455
1(866)959-1100
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Terren D. Klein, M.D.**
**Stacy Navarro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dr. Terren D. Klein, M.D.**
1300 Murchison Drive, Suite #310
El Paso, Texas 79902
(915)706-2500
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Arturo Gutierrez, P.A.**
**Lorena Maya (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Sun City Orthopaedic & Hand Surgery Specialists**
1400 George Dieter Drive, Suite #100
El Paso, Texas 79936
(915)581-0712
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Keith R. Johnson, M.D.**
**Tatiana Guevara**
**Adriana Guillen**
**Maria Licon (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dr. Keith R. Johnson, M.D.**
1300 Murchison Drive, Suite #312

El Paso, Texas 79902
(915)217-1107
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

And any other person or expert:

(a) who has been or will be named by any party in any answer to interrogatory.
(b) whose name appears on any document which has been or will be produced by any party in any response to request for production.
(c) whose name is reflected in any document which has been or will be obtained through the use of medical authorization.
(d) whose name is reflected in any document which has been or will be submitted to the Court by affidavit.
(e) whose name is reflected in any document which has been or will be subpoenaed by any party.
(f) whose name appears in the transcript of any deposition taken in this matter.
(g) whose name is reflected in any document which has been or will be attached to the transcript of any deposition.

Other witnesses disclosed by either party during discovery. Plaintiff reserves the right to call any, and all witnesses disclosed or listed by the Defendant.

Plaintiff reserves the right to call and question any and all experts designated by Defendant in this matter and/or called by Defendant.


Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com


*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar No.: 24050900

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's Designation of Non-Retained Experts

Page **4** of 5

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February, 2022, a true and correct copy of the foregoing was E-Filed and served on:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
 *d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*


                                        */s/ Daniela Labinoti*_____
                                        **DANIELA LABINOTI**


DL/bm

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW VIRGINIA MELENDEZ, Plaintiff in the above entitled and numbered

cause and files this her Exhibit List in numerical order as follows. Plaintiff intends to use any and

all documents produced by Defendant for use against Defendant at trial.

Exhibit 1-    Plaintiff Virginia Melendez's Driver's License and Residency Card

Exhibit 2-    Color Photographs of the Grease Spot on Plaintiff's clothes taken after the incident

Exhibit 3-    Video of the Grease Spot on Plaintiff's clothes taken after the incident

Exhibit 4-    Color Photographs of Plaintiff Virginia Melendez's Injuries

Exhibit 5-    Plaintiff's Medical Summary

Exhibit 6-    Las Palmas Medical Center Medical and Billing Records with Affidavits

Exhibit 7-    Emergency Services of Texas, P.A. Billing Records with Affidavits

Exhibit 8-    RadAdvantage, A Professional Corporation Billing Records with Affidavits

Exhibit 9-    El Paso Chiropractic Center Medical and Billing Records with Affidavits

Exhibit 10-    Southwest X-Ray Medical and Billing Records with Affidavits

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's Exhibit List

Page **1** of 3

Copy from re:SearchTX

Exhibit 11-   Dr. Terren Klein, M.D. Medical and Billing Records with Affidavits

Exhibit 12-   Sun City Orthopaedics & Hand Surgery Medical and Billing Records with Affidavits

Exhibit 13-   Plaintiff's Surgical Recommendations and Estimate from Sun City Orthopaedics & Hand Surgery

Exhibit 14-   Plaintiff's Surgical Recommendations and Estimate from Legent Hospital

Exhibit 15-   Dr. Keith Johnson, M.D. Medical and Billing Records with Affidavits

Exhibit 16-   Plaintiff's Surgical Recommendations and Estimates from Dr. Keith R. Johnson, M.D.

Exhibit 17-   Plaintiff's Surgical Recommendations and Estimates from Premier Specialty Outpatient Surgery Center

Exhibit 18-   Plaintiff Virginia Melendez's Impairment Exhibit


Also see pleadings, depositions, deposition exhibits, exhibit lists, witness lists, Answers to Interrogatories, Responses to Request for Admissions, Responses to Request for Production, Responses to Request for Disclosure and all documents, records, exhibits, notes, and other tangible items filed by all parties in this case.


Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar No.: 24050900

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's Exhibit List

Page **2** of **3**

Copy from re:SearchTX

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2022, a true and correct copy of the foregoing was E-Filed and served on:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**

DL/bm

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 61873508
Status as of 2/18/2022 10:12 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 2/17/2022 6:28:14 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 2/17/2022 6:28:14 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 2/17/2022 6:28:14 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 2/17/2022 6:28:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ilene Torres | | itorres@mgmsg.com | 2/17/2022 6:28:14 PM | SENT |
| Jeanette Williams | | jwilliams@mgmsg.com | 2/17/2022 6:28:14 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 2/17/2022 6:28:14 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## PLAINTIFF'S WITNESS LIST AND PERSONS WITH RELEVANT KNOWLEDGE

COMES NOW VIRGINIA MELENDEZ, Plaintiff in the above entitled and numbered

cause and files this her Witness List and Persons with Relevant Knowledge as follows:

## PLAINTIFF'S LAY WITNESSES

**Virginia Melendez**
**c/o Daniela Labinoti**
**Law Firm of Daniela Labinoti, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
Plaintiff. Will testify regarding Defendant's negligence and Plaintiff's individual
injuries, past and future medical bills, physical limitation and restrictions, past and
future impairment, and past and future pain and suffering and mental anguish.

**Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502**
**Laura Enriquez**
**Mounce, Green, Myers, Safi,**
**Paxson, & Galatzan, P.C.**
P.O. Drawer 1977
El Paso, Texas 79999-1977
Defendant. Will testify regarding Defendant's negligence, Plaintiff's injuries and
Plaintiff's claims and damages.

**Employees of Defendant Sam's West, Inc. d/b/a El Paso Sam's Club #6502**
**a/k/a Sam's Club #6502**
**Laura Enriquez**

Copy from re:SearchTX

**Mounce, Green, Myers, Safi,**
**Paxson, & Galatzan, P.C.**
P.O. Drawer 1977
El Paso, Texas 79999-1977
Employees of Defendant. Will testify regarding Defendant's negligence,
Plaintiff's injuries and Plaintiff's claims and damages.

**Dr. Michael H. Annabi, M.D.**
**Dr. Mark A. Boykin, M.D.**
**Dr. Adam Villalba, M.D.**
**Brandy Borunda, P.A.**
**Andi Lopez, R.N.**
**Brianna Raghunath, R.N.**
**Tino Lopez, R.T.**
**Jackie Viera**
**Shelly Shaut (Custodian of Records)**
**Ann Todd (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Las Palmas Medical Center**
1801 North Oregon Street
El Paso, Texas 79902
(915)521-1200
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Villalba, M.D.**
**Brandy Borunda, P.A.**
**Dominique Gill (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Emergency Services of Texas, P.A.**
P.O. Box 638668
Cincinnati, Ohio 45263-8668
1(888)952-6772
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and
future medical bills, physical limitations and restrictions, past and future
impairment, and past and future pain and suffering and mental anguish.

**Dr. Mark A. Boykin, M.D.**
**Terrie Sheldon (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**RadAdvantage, A Professional Corporation**
P.O. Box 3353
Indianapolis, Indiana 46206-3353
1(866)881-4351

Copy from re:SearchTX

Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Raul Lopez, M.D.**
**Dr. Paul Marullo, D.C.**
**I. Avila**
**Nichole Feria**
**Randle Feria (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**El Paso Chiropractic Center**
125 Glenwood, Suite F
El Paso, Texas 79905
(915)500-1835
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Richard Anguiano, M.D.**
**Dr. Scott Blumenfeld, M.D.**
**Dr. Samir A. Chhaya, M.D.**
**Dr. Paul Marullo, D.C.**
**Cristina Carrera (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Southwest X-Ray**
**Akumin Imaging Texas**
10501 Gateway West Boulevard, Suite A-140
El Paso, Texas 79925
(915)544-7300
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Paul Marullo, D.C.**
**Christina Brown (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Omni Healthcare a/k/a MedChex**
P.O. Box 392455
Pittsburgh, Pennsylvania 15251-9455
1(866)959-1100
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*                    Page **3** of **8**
Plaintiff's Witness List and Persons with Relevant Knowledge

Copy from re:SearchTX

**Dr. Terren D. Klein, M.D.**
**Stacy Navarro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dr. Terren D. Klein, M.D.**
1300 Murchison Drive, Suite #310
El Paso, Texas 79902
(915)706-2500
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Arturo Gutierrez, P.A.**
**Lorena Maya (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Sun City Orthopaedic & Hand Surgery Specialists**
1400 George Dieter Drive, Suite #100
El Paso, Texas 79936
(915)581-0712
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Keith R. Johnson, M.D.**
**Tatiana Guevara**
**Adriana Guillen**
**Maria Licon (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dr. Keith R. Johnson, M.D.**
1300 Murchison Drive, Suite #312
El Paso, Texas 79902
(915)217-1107
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

## PLAINTIFF'S NON-RETAINED EXPERT WITNESSES

**Dr. Michael H. Annabi, M.D.**
**Dr. Mark A. Boykin, M.D.**
**Dr. Adam Villalba, M.D.**
**Brandy Borunda, P.A.**
**Andi Lopez, R.N.**
**Brianna Raghunath, R.N.**
**Tino Lopez, R.T.**
**Jackie Viera**

Copy from re:SearchTX

**Shelly Shaut (Custodian of Records)**
**Ann Todd (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Las Palmas Medical Center**
1801 North Oregon Street
El Paso, Texas 79902
(915)521-1200
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Adam Villalba, M.D.**
**Brandy Borunda, P.A.**
**Dominique Gill (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Emergency Services of Texas, P.A.**
P.O. Box 638668
Cincinnati, Ohio 45263-8668
1(888)952-6772
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Mark A. Boykin, M.D.**
**Terrie Sheldon (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**RadAdvantage, A Professional Corporation**
P.O. Box 3353
Indianapolis, Indiana 46206-3353
1(866)881-4351
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Raul Lopez, M.D.**
**Dr. Paul Marullo, D.C.**
**I. Avila**
**Nichole Feria**
**Randle Feria (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**El Paso Chiropractic Center**
125 Glenwood, Suite F
El Paso, Texas 79905
(915)500-1835

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's Witness List and Persons with Relevant Knowledge

Page **5** of **8**

Copy from re:SearchTX

Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Richard Anguiano, M.D.**
**Dr. Scott Blumenfeld, M.D.**
**Dr. Samir A. Chhaya, M.D.**
**Dr. Paul Marullo, D.C.**
**Cristina Carrera (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Southwest X-Ray**
**Akumin Imaging Texas**
10501 Gateway West Boulevard, Suite A-140
El Paso, Texas 79925
(915)544-7300
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Paul Marullo, D.C.**
**Christina Brown (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Omni Healthcare a/k/a MedChex**
P.O. Box 392455
Pittsburgh, Pennsylvania 15251-9455
1(866)959-1100
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Terren D. Klein, M.D.**
**Stacy Navarro (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dr. Terren D. Klein, M.D.**
1300 Murchison Drive, Suite #310
El Paso, Texas 79902
(915)706-2500
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Arturo Gutierrez, P.A.**
**Lorena Maya (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Sun City Orthopaedic & Hand Surgery Specialists**
1400 George Dieter Drive, Suite #100

Copy from re:SearchTX

El Paso, Texas 79936
(915)581-0712
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

**Dr. Keith R. Johnson, M.D.**
**Tatiana Guevara**
**Adriana Guillen**
**Maria Licon (Custodian of Records)**
**Physicians, nurses, employees, personnel, and custodian of record(s) of:**
**Dr. Keith R. Johnson, M.D.**
1300 Murchison Drive, Suite #312
El Paso, Texas 79902
(915)217-1107
Plaintiff's Medical Provider. Will testify concerning Plaintiff's injuries, past and future medical bills, physical limitations and restrictions, past and future impairment, and past and future pain and suffering and mental anguish.

And any other person or expert:

(a) who has been or will be named by any party in any answer to interrogatory.
(b) whose name appears on any document which has been or will be produced by any party in any response to request for production.
(c) whose name is reflected in any document which has been or will be obtained through the use of medical authorization.
(d) whose name is reflected in any document which has been or will be submitted to the Court by affidavit.
(e) whose name is reflected in any document which has been or will be subpoenaed by any party.
(f) whose name appears in the transcript of any deposition taken in this matter.
(g) whose name is reflected in any document which has been or will be attached to the transcript of any deposition.

Other witnesses disclosed by either party during discovery. Plaintiff reserves the right to call any, and all witnesses disclosed or listed by the Defendant.

Plaintiff reserves the right to call and question any and all experts designated by Defendant in this matter and/or called by Defendant.

Copy from re:SearchTX

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar No.: 24050900


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 17th day of February, 2022, a true and correct copy of the foregoing was E-Filed and served on:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**


DL/bm

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 61873508
Status as of 2/18/2022 10:12 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 2/17/2022 6:28:14 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 2/17/2022 6:28:14 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 2/17/2022 6:28:14 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 2/17/2022 6:28:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ilene Torres | | itorres@mgmsg.com | 2/17/2022 6:28:14 PM | SENT |
| Jeanette Williams | | jwilliams@mgmsg.com | 2/17/2022 6:28:14 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 2/17/2022 6:28:14 PM | SENT |

Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4259

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
327TH JUDICIAL DISTRICT COURT

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Cause No. 2021DCV4259 |
| SAM'S CLUB, LLC d/b/a SAM'S | § | |
| CLUB #6502, | § | |
| | § | |
| Defendant. | § | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on the 17th day of February 2022, Defendants served upon counsel for

Plaintiff, Daniela Labinoti, Law Firm of Daniela Labinoti, P.C., 707 Myrtle Avenue, El Paso,

Texas 79901via email/ECF/electronic service\email the following written discovery:

1. Defendant's Initial Disclosure
2. Defendant's First Set of Interrogatories
3. Defendant's First Set of Requests for Admission

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas  79999
Phone:  (915) 532-2000
Telefax: (915) 541-1597

By:  _/s/ Laura Enriquez_
     Laura Enriquez
     State Bar No. 00795790
     Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

      In compliance with Texas Rule of Civil Procedure 21a (a)(2), I certify on this the day of 17th day of February 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

      Daniela Labinoti
      Law Firm of Daniela Labinoti, P.C.
      707 Myrtle Avenue
      El Paso, Texas 79901
      (915) 581-4600
      daniela@labinotilaw.com

                          */s/ Laura Enriquez*
                          Laura Enriquez

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeanette Williams on behalf of Laura Enriquez
Bar No. 00795790
jwilliams@mgmsg.com
Envelope ID: 61870680
Status as of 2/18/2022 8:38 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 2/17/2022 4:06:11 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 2/17/2022 4:06:11 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 2/17/2022 4:06:11 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 2/17/2022 4:06:11 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 2/17/2022 4:06:11 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 2/17/2022 4:06:11 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 2/17/2022 4:06:11 PM | SENT |

Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4259

**IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS**
**327TH JUDICIAL DISTRICT**

**VIRGINIA MELENDEZ**

**vs**                                                  **Cause No. 2021DCV4259**

**SAM'S CLUB, L.L.C. d/b/a SAM'S CLUB #6502**
**SAM'S WEST, INC.**

**ORDER SETTING TRIAL and SCHEDULING ORDER**

1.      **DISCOVERY MUST BE COMPLETED BY:  4/8/2023**

2.      **MOTIONS FOR SUMMARY JUDGMENT:**   Motions for summary judgment must be heard no later than thirty (30) days prior to the scheduled trial date.

3.      **ALTERNATIVE DISPUTE RESOLUTION:**   The Court finds that the case is appropriate for referral for mediation**.   *To be agreed upon by parties*** is hereby appointed mediator for this case.
        *All parties are required to have representatives with settlement authority in attendance at the mediation unless all parties agree otherwise.*
        Mediation shall be completed on or before_____ **10/15/2022**
        Mediation expenses will be shared proportionately by the parties.

4.
        **JURY TRIAL IS SET FOR:**                    *Immediately after jury selection*

        **JURY SELECTION IS SET FOR:**          May 09, 2023   @   9:00 AM
        **PRETRIAL MOTIONS HEARING:**          May 08, 2023   @   9:30 AM

5.      Motions for Continuance, if any, must be filed and heard at least 10 days prior to the trial setting or pretrial motions hearing, **whichever shall first occur**, or shall be waived.  **NO CONTINUANCES WILL BE GRANTED EXCEPT UPON GOOD CAUSE FOLLOWING A HEARING ON A MOTION FOR CONTINUANCE.**

**SIGNED on this the 15th day of March, 2022.**

**Linda Chew, Judge**

Daniela Labinoti
Laura M Enriquez

**Jury Request/Fee _____ Pd.     To be paid by:  Plaintiff(s) _____  Defendant(s) _____**

**PLEASE  BE ADVISED:** *By Standing Order in Civil Matters signed and entered by the Council of Judges, pursuant to the Texas Supreme Court Order mandating electronic filing of civil matters effective January 1, 2014:* **Parties shall provide a courtesy hard copy<u>, MAILED, OR HAND-DELIVERED,</u> to the court of motions, responses and pertinent supporting documents, no later than 7 working days before the hearing.  Failure to comply with this order may result in cancellations of the hearing.**

### ***TRIAL PREPARATION ORDER***

Pursuant to rule 166 of the Texas Rules of Civil Procedure, before the Pretrial Motions Hearing (Pretrial Conference) scheduled in this case, the items to be furnished to opposing counsel must be done in advance with enough time to allow review for objections and brought with you to the Pretrial Conference.

The attorneys shall meet in advance of the Pretrial Conference to resolve all matters where possible.  The trial judge will conduct the Pretrial Conference with the attorneys who will actually be trying the case present.

Pursuant to Rule 166 of the Texas Rules of Civil Procedure, the items below must be filed/exchanged ten (10) days before the Pretrial Conference or on the dates designated in the Discovery Control Plan.

Pursuant to Rule 166 of the Texas Rules of Civil Procedure, the following items must be completed and ready for discussion with the Court at the Pretrial Conference.

- **Party/Attorney List:**  Names, addresses, and telephone numbers of each pro se party and attorney.
- **Trial Witness List:**  The name, address, and telephone numbers of any person expected to testify at trial, and a brief statement of each identified person's connection with the case.
- **Draft Jury Charges,** if a jury has been paid.  (provide hard copy and on disk/CD – or E-Mail.  Microsoft Word compatible).
- **Bench Trial.**   Findings of Fact and Conclusions of Law.  Modifications may be submitted as the trial progresses.
- **Exhibits.**  An exhibit list is <u>required</u>.  All exhibits must be pre-marked with inadmissible matters redacted (e.g. insurance).   Objections to authenticity must be pursuant to Rule 193.7 after receipt of the opposing party's exhibit list.
- **Deposition Excerpts or Edited Videotapes.**  Designate page and line in sequence to be used in trial.
- **Motions in Limine.**
- **Trial Scheduling.**  Estimated trial length and potential attorney or witness conflicts or travel difficulties.
- **Other:** _____

_____

**_LINDA Y. CHEW_**, Presiding Judge

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 62638621
Status as of 3/16/2022 3:24 PM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 3/15/2022 3:51:13 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 3/15/2022 3:51:13 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 3/15/2022 3:51:13 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 3/15/2022 3:51:13 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 3/15/2022 3:51:13 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 3/15/2022 3:51:13 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 3/15/2022 3:51:13 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

VIRGINIA MELENDEZ,                          §
                                            §
        Plaintiff,                          §
                                            §
vs.                                         §            Cause No.: 2021-DCV-4259
                                            §
SAM'S WEST, INC. d/b/a EL PASO              §
SAM'S CLUB #6502 a/k/a SAM'S CLUB           §
#6502,                                      §
                                            §
        Defendant,                          §
                                            §

## NOTICE OF INTENT TO USE BILLING RECORDS

        TO:     DEFENDANT, by and through their attorney of record.

        This will serve as notice to you of my intention to introduce into evidence in the trial of

the above styled and numbered cause certified copies of the following business records of **Dr.**

**Keith Johnson** and showing the business records of **Virginia Melendez** and after the date of the

accident made the subject of this suit, such certified copies of the business records being attached

hereto and incorporated herein by reference for all purposes.

                                Respectfully submitted,


                                **LAW FIRM OF DANIELA LABINOTI, P.C.**
                                707 Myrtle Avenue
                                El Paso, Texas 79901
                                (915) 581-4600
                                (915) 581-4605
                                Daniela@LabinotiLaw.com


                                 */s/Daniela Labinoti*
                                **DANIELA LABINOTI**
                                State Bar No. 24050900

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*


                         */s/Daniela Labinoti*
                         **DANIELA LABINOTI**

Business Affidavit of Records

STATE OF  _Texas_                    §
                                     §
COUNTY OF                            §
_El Paso_                            §

      Before me, the undersigned authority, personally appeared _Maria Lican_, who, being by me duly sworn, deposed as follows:

      My name is _Maria Lican_   I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

      I am a custodian  of records for Dr. Keith Johnson, MD. Attached to this affidavit are records that provide an itemized  statement of the service and the charge for the service that Dr. Keith Johnson, MD provided to Virginia Melendez on_01/06/2020 to Present._ The attached records  are a part of this affidavit.

      The attached records are kept by Dr. Keith Johnson, MD in the regular course of business, and  it  was  the  regular  course  of  business  of   Dr.  Keith  Johnson,  MD  for an employee  or representative  of  Dr. Keith Johnson, MD, with knowledge of the service provided, to make the record  or to transmit information to be included  in the record.  The records were made in the regular course of business at or near the time or reasonably soon  after the time the service was provided. The records are the original or a duplicate of the original.

      *The services  provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.*

      The total amount paid for the services was $_____ and the amount currently unpaid but which Dr. Keith Johnson, MD has a right to be paid after any adjustments or credits is $ _2,680.00_.

                                    _____
                                      (Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the _28th_ day of _December_, _2021_.

JAHZIEL LOPEZ
Notary Public, State of Texas
Comm. Expires 03-11-2025
Notary ID 132969563

_____
NOTARY PUBLIC in and for the
State of _TX_

My Commission Expires:

_3.11.25_

**Remit payment to:**

**Keith R Johnson MD PA**
**1300 Murchison Ste 312**
**El Paso, TX  79902-4851**
**(915) 217-1107**

*Patient Receipt*
**Tuesday, December 28, 2021**

| Amount Due | Amount Paid |
|---|---|
| **$2,650.00** | **$0.00** |

**Virginia V Melendez**
1715 E. Yandell Apt B
El Paso, TX  79902

| Date | Description | Check # | Fee | Units | Insurance | Patient |
|---|---|---|---|---|---|---|
| | **Virginia V Melendez(9428)/Keith R Johnson MD/040491** | | | | | |
| 01/22/2021 | Office or other outpatient visit for the evaluation and management of a new patient, which requires these 3 key components: A comprehensive history; A comprehensive examination; Medical decision making of moderate complexity. Counseling and/or coordinatio | | $650.00 | 1.0 | $0.00 | $650.00 |
| | **Balance:** | | | | $0.00 | $650.00 |
| | **Virginia V Melendez(9428)/Keith R Johnson MD/041012** | | | | | |
| 02/12/2021 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/o | | $500.00 | 1.0 | $0.00 | $500.00 |
| | **Balance:** | | | | $0.00 | $500.00 |
| | **Virginia V Melendez(9428)/Keith R Johnson MD/041693** | | | | | |
| 03/12/2021 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/o | | $500.00 | 1.0 | $0.00 | $500.00 |
| | **Balance:** | | | | $0.00 | $500.00 |
| | **Virginia V Melendez(9428)/Keith R Johnson MD/042217** | | | | | |
| 04/05/2021 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/o | | $500.00 | 1.0 | $0.00 | $500.00 |
| | **Balance:** | | | | $0.00 | $500.00 |
| | **Virginia V Melendez(9428)/Keith R Johnson MD/042911** | | | | | |
| 04/28/2021 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/o | | $500.00 | 1.0 | $0.00 | $500.00 |
| | **Balance:** | | | | $0.00 | $500.00 |

**Thank you for your payment.**

| Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|
| **$2,650.00** | **$0.00** | **$2,650.00** |

Keith R Johnson MD PA * 1300 Murchison Ste 312 * El Paso, TX  79902-4851 * (915) 217-1107

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**NOTICE OF INTENT TO USE BILLING RECORDS**

TO:    DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of

the above styled and numbered cause certified copies of the following business records of **Dr.**

**Terren Klein** and showing the business records of **Virginia Melendez** and after the date of the

accident made the subject of this suit, such certified copies of the business records being attached

hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com


 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

/s/Daniela Labinoti
**DANIELA LABINOTI**

From:                                          12/07/2020 12:07        #230 P.004/006

Business Affidavit of Records

STATE OF __Texas__                §
                                  §
COUNTY OF                         §
El Paso                           §

Before me, the undersigned authority, personally appeared __Stacy Navarro__ who, being by me duly sworn, deposed as follows:

My name is __Stacy Navarro__ am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for Dr. Terren D. Klein M.D. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Dr. Terren D. Klein M.D provided to Virginia Melendez on 01/06/2020 to Present. The attached records are a part of this affidavit.

The attached records are kept by Dr. Terren D. Klein M.D in the regular course of business, and it was the regular course of business of Dr. Terren D. Klein M.D for an employee or representative of Dr. Terren D. Klein M.D, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

*The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.*

The total amount paid for the services was $_____Ø_____ and the amount currently unpaid but which Dr. Terren D. Klein M.D has a right to be paid after any adjustments or credits is $ 1085.00

_____
(Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the 21 day of December 2020

[Notary Seal:
MARTHA ESTHER SALAS
Notary ID #125450475
My Commission Expires
October 9, 2022]

_____
NOTARY PUBLIC in and for the
State of Texas

My Commission Expires:

10/9/2022

[Notary stamp:
... ESTHER SALAS
... ID #125450475
My Commission Expires
October 9, 2022]

**Melendez, Virginia  [16726]**
1715 E. Yandell Apt. B
El Paso, TX 79902

**Account Information Report**
Include: Charges

Show: Unexpanded Details

Page: 1
Date: 12/17/2020
Time: 11:15:07 AM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 07/23/2020 | 07/23/2020 | VV | 99214 [222.00 x 1] Billable: Klein, Terren D.  MD; Rendering: Klein, Terren D. MD<br>Practice Location: Terren Klein MD PA; Service Location: Terren Klein MD PA<br>[836.0, V58.89; S83.242A, S53.401D, S46.911D] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 59917; Stmt Recipient: Virginia Melendez<br>Office or other outpatient visit for the evaluation and manageme<br>Batch: 3504 CHARGES 07/23/2020 | $222.00 | $222.00 |
| 07/02/2020 | 07/02/2020 | VV | 99203 [258.00 x 1] Billable: Klein, Terren D.  MD; Rendering: Klein, Terren D. MD<br>Practice Location: Terren Klein MD PA; Service Location: Terren Klein MD PA<br>[836.0, 840.9, 841.9; S83.242A, S46.911A, S53.401A] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 59392; Stmt Recipient: Virginia Melendez<br>Office or other outpatient visit for the evaluation and manageme<br>Batch: 3464 CHARGES 07/02/2020 | $258.00 | $258.00 |
| 07/02/2020 | 07/02/2020 | VV | 73080-RT [97.00 x 1] Billable: Klein, Terren D.  MD; Rendering: Klein, Terren D. MD<br>Practice Location: Terren Klein MD PA; Service Location: Terren Klein MD PA<br>[841.9; S53.401A] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 59392; Stmt Recipient: Virginia Melendez<br>X-RAY EXAM OF ELBOW<br>Batch: 3464 CHARGES 07/02/2020 | $97.00 | $97.00 |
| 07/02/2020 | 07/02/2020 | VV | 73030-RT [108.00 x 1] Billable: Klein, Terren D.  MD; Rendering: Klein, Terren D. MD<br>Practice Location: Terren Klein MD PA; Service Location: Terren Klein MD PA<br>[840.9; S46.911A] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 59392; Stmt Recipient: Virginia Melendez<br>X-RAY EXAM OF SHOULDER<br>Batch: 3464 CHARGES 07/02/2020 | $108.00 | $108.00 |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**NOTICE OF INTENT TO USE BILLING RECORDS**

TO:    DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following business records of **El Paso Chiropractic** and showing the business records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the business records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com


 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*


*/s/Daniela Labinoti*
**DANIELA LABINOTI**

Business Affidavit of Records

STATE OF _Texas_                                    §
                                                    §
COUNTY OF                                           §
  _El Paso_                                         §

    Before me, the undersigned authority, personally appeared _Randie Feria_, who, being by me duly sworn, deposed as follows:

    My name is _Randie Feria_. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

    I am a custodian of records for El Paso Chiropractic. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that El Paso Chiropractic provided to Virginia Melendez on 01/06/2020 to Present. The attached records are a part of this affidavit.

    The attached records are kept by El Paso Chiropractic. in the regular course of business, and it was the regular course of business of El Paso Chiropractic. for an employee or representative of El Paso Chiropractic., with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

    *The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.*

    The total amount paid for the services was $ _____ and the amount currently unpaid but which El Paso Chiropractic. has a right to be paid after any adjustments or credits is $ _4,790.00_

                                    (Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the _27_ day of _December_

ERICA RILEY
Notary Public, State of Texas
Comm. Expires 12-11-2024
Notary ID 130904431

NOTARY PUBLIC in and for the
State of _Texas_

My Commission Expires:
_12-11-24_

01/07/2021  06:57PM  9155001836                  EL PASO CHIROPRACTIC                          PAGE  08/10

# UNITED PROVIDERS OF TEXAS - EP
## 125 GLENWOOD SUITE F
## EL PASO, TX 79905
## (915)500-1835

Page: 1                                                                                              6/8/2020

| Patient: | VIRGINIA MELENDEZ |
|---|---|
| | 1715 E YANDELL |
| | EL PASO, TX 79902 |
| Chart #: | MELVI000 |
| Case #: | 192 |

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modifier | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/2020 | OFFICE/OUTPATIENT VISIT NEW | 99204 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 335.00 |
| 1/22/2020 | PREPERATION OF SPECIAL | 99080 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.00 |
| 1/29/2020 | OFFICE/OUTPATIENT VISIT, EST | 99213 | | M25.511 | M25.521 | M25.531 | M25.531 | 1 | 166.9? |
| 1/29/2020 | PREPERATION OF SPECIAL | 99080 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.00 |
| 2/3/2020 | ELECTRICAL STIMULATOR | A4595 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 60.2? |
| 2/3/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 3 | 192.0? |
| 2/3/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 3 | 150.3? |
| 2/3/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 3 | 270.00 |
| 2/4/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 64.00 |
| 2/4/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.1? |
| 2/4/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 90.00 |
| 2/5/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 64.00 |
| 2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.1? |
| 2/5/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 90.00 |
| 2/11/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 64.00 |
| 2/11/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.1? |
| 2/11/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 90.00 |
| 2/12/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 64.00 |
| 2/12/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.10 |
| 2/12/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 90.00 |
| 2/13/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 64.00 |
| 2/13/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.10 |
| 2/13/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 90.00 |
| 2/18/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 64.00 |
| 2/18/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.10 |
| 2/18/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 90.00 |
| 2/18/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 84.00 |

**Provider Information**

| Provider Name: | PAUL MARULLO DC |
|---|---|
| License: | 1093767402 |
| Commercial PIN: | |
| SSN or EIN: | 821253751 |

| | |
|---|---|
| Total Charges: | $ 2583.12 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| Total Due This Visit: | $ 2583.12 |
| Total Account Balance: | $ 7,798.80 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _Signature on file_                                      Date: _01/20/2020_

01/07/2021  06:57PM  9155001836                    EL PASO CHIROPRACTIC                    PAGE  09/10

# UNITED PROVIDERS OF TEXAS - EP
### 125 GLENWOOD SUITE F
### EL PASO, TX 79905
### (915)500-1835

Page: 2                                                                                        6/8/2020

**Patient:** VIRGINIA MELENDEZ
1715 E YANDELL
EL PASO, TX 79902

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

**Chart #:** MELVI000
**Case #:** 192

| Date | Description | Procedure | Modifier | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|------|-------------|-----------|----------|-------|-------|-------|-------|-------|--------|
| 2/18/2020 | DIRECT THERAPY 1 ON 1 | 97530 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 100.00 |
| 2/19/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 64.00 |
| 2/19/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.10 |
| 2/19/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 90.00 |
| 2/19/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 84.00 |
| 2/19/2020 | DIRECT THERAPY 1 ON 1 | 97530 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 100.00 |
| 2/20/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 84.00 |
| 2/24/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 64.00 |
| 2/24/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.10 |
| 2/24/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 90.00 |
| 2/24/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 84.00 |
| 2/26/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 84.00 |
| 2/2020 | DIRECT THERAPY 1 ON 1 | 97530 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 100.00 |
| 2/28/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 84.00 |
| 2/28/2020 | DIRECT THERAPY 1 ON 1 | 97530 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 100.00 |
| 3/4/2020 | OFFICE/OUTPATIENT VISIT, EST | 99213 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 166.97 |
| 3/4/2020 | PREPERATION OF SPECIAL | 99080 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.00 |
| 3/4/2020 | KNEE ORTHOSIS - SUPPORT | L1810 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 125.00 |
| 3/10/2020 | HOT/COLD PACK | 97010 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 128.00 |
| 3/10/2020 | ATTENDED ELECTRICAL | 97032 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 100.20 |
| 3/10/2020 | THERAPEUTIC MASSAGE TO 1 | 97124 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 180.00 |
| 3/10/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 168.00 |
| 3/10/2020 | DIRECT THERAPY 1 ON 1 | 97530 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 200.00 |
| 3/11/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 168.00 |
| 3/11/2020 | DIRECT THERAPY 1 ON 1 | 97530 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 200.00 |
| 3/13/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 168.00 |
| 3/13/2020 | DIRECT THERAPY 1 ON 1 | 97530 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 200.00 |

**Provider Information**
Provider Name: PAUL MARULLO DC
License: 1093767402
Commercial PIN:
SSN or EIN: 821253751

Total Charges: $3082.37
Total Payments: $0.00
Total Adjustments: $0.00
Total Due This Visit: $3082.37
Total Account Balance: $7,798.80

**Assign and Release:** I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: Signature on file                          Date: 01/22/2020

01/07/2021  06:57PM  9155001836                    EL PASO CHIROPRACTIC                    PAGE  10/10

## UNITED PROVIDERS OF TEXAS - EP
### 125 GLENWOOD SUITE F
### EL PASO, TX 79905
### (915)500-1835

Page: 3                                                                          6/8/2020

| Patient: | VIRGINIA MELENDEZ | **Instructions:** |
|---|---|---|
| | 1715 E YANDELL | Complete the patient information portion of your insurance |
| | EL PASO, TX 79902 | claim form. Attach this bill, signed and dated, and all other |
| Chart #: | MELVI000 | bills pertaining to the claim. If you have a deductible policy, |
| Case #: | 192 | hold your claim forms until you have met your deductible. |
| | | Mail directly to your insurance carrier. |

| Date | Description | Procedure | Modifier | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 3/17/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 84.00 |
| 3/18/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 168.00 |
| 3/20/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 168.00 |
| 3/27/2020 | THERAPEUTIC EXERCISES | 97110 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 168.00 |
| 3/27/2020 | DIRECT THERAPY 1 ON 1 | 97530 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 200.00 |
| 4/1/2020 | OFFICE/OUTPATIENT VISIT, EST | 99213 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 166.97 |
| 4/1/2020 | PREPERATION OF SPECIAL | 99080 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.00 |
| 4/1/2020 | TENS UNIT | E0720 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 299.00 |
| 4/1/2020 | ELECTRICAL STIMULATOR | A4595 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 60.25 |
| 4/1/2020 | BIOFREEZE 4OZ | A9150 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 60.00 |
| 4/1/2020 | HOME MANAGMENT TRAINING | 97535 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 246.06 |
| 4/1/2020 | HOME MANAGMENT TRAINING | 97535 | | M25.511 | M25.521 | M25.531 | M25.562 | 2 | 246.06 |
| 2020 | OFFICE/OUTPATIENT VISIT, EST | 99213 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 166.97 |
| 6/4/2020 | PREPERATION OF SPECIAL | 99080 | | M25.511 | M25.521 | M25.531 | M25.562 | 1 | 50.00 |

| Provider Information | | | |
|---|---|---|---|
| Provider Name: | PAUL MARULLO DC | Total Charges: | $ 2133.31 |
| License: | 1093767402 | Total Payments: | $ 0.00 |
| Commercial PIN: | | Total Adjustments: | $ 0.00 |
| SSN or EIN: | 821253751 | Total Due This Visit: | $ 2133.31 |
| | | Total Account Balance: | $ 7,798.80 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: Signature on file                         Date: 01/22/2020

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Filed 4/18/2022 1:49 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4259

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**NOTICE OF INTENT TO USE BILLING RECORDS**

TO:    DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following business records of **Emergency Services of Texas** and showing the business records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the business records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com

*/s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*


*/s/Daniela Labinoti*
**DANIELA LABINOTI**

Business Affidavit of Records

STATE OF _Ohio_ §
§
COUNTY OF _Summit_ §
§

Before me, the undersigned authority, personally appeared DOMINIQUE GILL , who, being by me duly sworn, deposed as follows:

My name is DOMINIQUE GILL I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for Emergency Services of Texas, PA. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Emergency Services of Texas, PA. provided to Virginia Melendez on 1/6/2020 . The attached records are a part of this affidavit.

The attached records are kept by Emergency Services of Texas, PA. in the regular course of business, and it was the regular course of business of Emergency Services of Texas, PA. for an employee or representative of Emergency Services of Texas, PA., with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

_The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided._

The total amount paid for the services was $ 0.00 and the amount currently unpaid but which Emergency Services of Texas, PA. has a right to be paid after any adjustments or credits is
$ 52.75 .

(Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the 14th day of January, 2021.

NOTARY PUBLIC in and for the
State of Ohio

My Commission Expires:

**Robin A. Wangler**
Resident Medina County
Notary Public, State of Ohio
My Commission Expires: 8/23/23

PO BOX 638668
CINCINNATI,OH 45263-8668

# PATIENT STATEMENT

P

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 81112758/145 | 01/14/21 |

81112758-145-14516

| CHECK NUMBER | PAYMENT AMOUNT |
|---|---|
| | |

**FOR PROPER POSTING
PLEASE WRITE IN CHECK
NUMBER AND AMOUNT PAID** ➡

PLEASE WRITE YOUR ACCOUNT NAME ON YOUR CHECK
MAKE PAYABLE IN U.S. DOLLARS TO:

VIRGINIA BI MELENDEZ
218 HADLOCK
EL PASO TX 79905

EMERGENCY SERVICES OF TEXAS, P
PO BOX 638668
CINCINNATI,OH 45263-8668

**PATIENT NAME:** VIRGINIA BI MELENDEZ

TO PAY BY CREDIT CARD COMPLETE
AND SIGN THE OTHER SIDE OF THIS STATEMENT

**PHYSICIAN SERVICES RENDERED AT:** LAS PALMAS MEDICAL CENTER

PAYMENTS AND INSURANCE INFORMATION MAILED SEVEN DAYS
PRIOR TO THE ABOVE STATEMENT DATE MAY NOT YET APPEAR

| TAXPAYER ID: |
|---|

| BILLING INQUERIES: 1-888-952-6772 |
|---|

HOURS OF OPERATION: MONDAY - FRIDAY 8AM TO 8PM & SATURDAY 10AM TO 3PM ET
PROVIDE INSURANCE INFO OR PAY BY CREDIT CARD AT WWW.TEAMHEALTH.COM/BILLING

| DATE / INVOICE # | DX / CPT CODE | DESCRIPTION | PROVIDER | CHARGES | PAYMENT CREDITS |
|---|---|---|---|---|---|
| 01/06/20 256597828 | 99284 | EMERGENCY DEPT VISIT - 99284 | | 1055.00 | |
| 02/15/20 256597828 | S50.01X | UNINSURED PATIENT DISCOUNT ADJUSTMENT | VILLALBA MD,ADAM / BORUNDA PA,BRANDY L | | 1002.25 |

**PHYSICIAN CHARGES ARE NOT INCLUDED IN THE FACILITY BILL.**

| **ACCOUNT NAME:** 81112758/145 | **STATEMENT DATE:** 01/14/21 (DQU ) | **TOTAL NOW DUE** ➡ | 52.75 |
|---|---|---|---|

REQ-09380798

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Filed 4/18/2022 1:49 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV4259

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## NOTICE OF INTENT TO USE BILLING RECORDS

TO:     DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following business records of **Las Palmas Medical Center** and showing the business records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the business records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com


 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

*/s/Daniela Labinoti*
**DANIELA LABINOTI**

STATE OF TEXAS                                    §
                                                  §
COUNTY OF BEXAR                                   §

<u>AFFIDAVIT OF RECORDS CUSTODIAN</u>

Before me, the undersigned authority, personally appeared  **SHELLY SHAUT**, who, being by me duly sworn, deposed as follows:

My name is **SHELLY SHAUT**.  I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **LAS PALMAS MEDICAL CENTER** ("Hospital"). Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Hospital provided to **VIRGINIA BI MELENDEZ** on **01/06/2020 TO 01/06/2020.** The attached records are a part of this affidavit.

The attached records are kept by Hospital in the regular course of business, and it was the regular course of business of Hospital for an employee or representative of Hospital, with knowledge of the service provided, to make the record or to transmit information to be included in the record.  The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided.  The records are the original or a duplicate of the original.

Pursuant to Texas Civil Practice & Remedies Code § 18.002(b-1), the services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was **$0.00** and the amount currently unpaid but which Hospital has a right to be paid after any adjustments or credits is **$716.35.**

** The amount paid and the amount the Hospital has a right to be paid may change pending potential payment from the patient's health insurance.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on this 8_____ day of JANUARY_____, 2021.

My commission expires:

07-18-2023_____

_____
Notary Public, State of Texas

Printed Name MICHAEL RODRIGUEZ



MICHAEL RODRIGUEZ
Notary Public, State of Texas
Comm. Expires 07-18-2023
Notary ID 129967525

```
PATIENT NO:                                                                              01515
MED REC NO:        614187   1801 NORTH OREGON          01/10/20
GUARANTOR NO:
PATIENT:                    EL PASO                    TX 799023524    ADMITTED    DISCHARGED
MELENDEZ VIRGINIA BI                                                  01/06/20    01/06/20


PAY TO ADDRESS:     LASPALMAS CAMP LPDSH
                    P O BOX 409300
                    ATLANTA
                    GA 303849300


BILL TO:
   MELENDEZ VIRGINIA BI              EMERGENCY                        FC=99
   218 HADLOCK                       ADMIT THRU DISCHARGE CLAIM
   EL PASO          TX
   79905

DATE OF  BATCH      F       NDC/CPT-4/
SERVICE  REF    DEPT S PROC    HCPCS        QTY SERVICE DESCRIPTION      CHARGES

    259-PHARMACY-OTHER
010620 06B583  0712    105951   904585561     1 MOTRIN 800MG TAB           5.52
                                                SUBTOTAL:                  5.52
    320-RAD DX-GENERAL
010620 06B585  0728    177469   73080RTFY      1 XR ELBOW 3 + V RT       1279.00
010620 06B585  0728    177491   73090RTFY      1 XR FOREARM 2 VIEWS RT   1353.00
010620 06B585  0728    177518   73110RTFY      1 XR WRIST 3 + V RT       1567.00
                                                SUBTOTAL:                4199.00
    450-EMERGENCY ROOM
010620 08B821  0780    108655   99283          1 LVL 3 EMER DEPT         2959.00
                                                SUBTOTAL:                2959.00

                                   TOTAL ANCILLARY CHARGES              7163.52

                                              TOTAL CHARGES             7163.52
                                                   PAYMENTS                 .00
                                                ADJUSTMENTS                 .00
                                                    BALANCE             7163.52




PAY ACCT @ WWW.LASPALMASDELSOLHEALTHCARE.COM/BILL.ASP
BENEFITS ASSIGNED - TAX ID #742499952
```

December 31, 2020

Patient: VIRIGNIA BI MELENDEZ
Hospital: LAS PALMAS MEDICAL CENTER
Account Number: 73995970
Admit date: 01/06/2020
Discharge date: 01/06/2020

Total Charges:          $ 7,163.52
Pt. pymnt:              $ 0.00
Insurance Payment:      $ 0.00
Contractual Adjustment: $ 6,447.17
Final Acct. Balance:    $ 716.35

To whom it may concern: At this time there will be no reduction offer on the following acct.

Here is a statement of account showing in detail the breakdown of Virginia BI Melendez's account and how the amount of $716.35 is the balance due.

For questions and inquiries, please call the customer service department at:
1-866-656-9758. Hours of operation are Monday-Friday from 8:00 am to 5:00 pm CST.

Please excuse any misspelling of your name. Computer spell check corrects automatically.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## NOTICE OF INTENT TO USE BILLING RECORDS

TO:    DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following business records of **Radadvantage, A Professional Corporation** and showing the business records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the business records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com


 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
 *d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

*/s/Daniela Labinoti*
**DANIELA LABINOTI**

Business Affidavit of Records

STATE OF _CA_                      §
                                   §
COUNTY OF                          §
_ORANGE_                           §

Before me, the undersigned authority, personally appeared Terrie Sheldon, who, being by me duly sworn, deposed as follows:

My name is Terrie Sheldon. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for Radadvantage, A Professional Corporation. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Radadvantage, A Professional Corporation provided to Virginia Melendez on 01/06/2020. The attached records are a part of this affidavit.

The attached records are kept by Radadvantage, A Professional Corporation. in the regular course of business, and it was the regular course of business of Radadvantage, A Professional Corporation. for an employee or representative of Radadvantage, A Professional Corporation, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

*The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.*

The total amount paid for the services was $ 0.00 and the amount currently unpaid but which Radadvantage, A Professional Corporation. has a right to be paid after any adjustments or credits is
$ 126.08 .

_(signature)_
(Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the _____ day of _____. _____.

_____ See attached Cert
NOTARY PUBLIC in and for the
State of _____

My Commission Expires:

_____

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ *Orange* _____

ROSANNE HERNANDEZ
Notary Public - California
Orange County
Commission # 2184206
My Comm. Expires Mar 21, 2021

Subscribed and sworn to (or affirmed) before me
on this __8__ day of __Dec.__, 20__20__
            *Date*          *Month*          *Year*
by
(1) __Terrie Sheldon__

(and (2)_____),
                *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

━━━━━━━━━━━━━━ *OPTIONAL* ━━━━━━━━━━━━━━
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

| RESPONSIBLE PARTY | ACCOUNT # | BILL DATE |
|---|---|---|
| VIRGINIA MELENDEZ | 5443567-RAAP | 12-08-2020 |

RADADVANTAGE, A PROFESSIONAL CORPORATION
PO BOX 3353
INDIANAPOLIS, IN 46206-3353

VIRGINIA MELENDEZ
218 HADLOCK
EL PASO, TX 79905-3810

| DOS | Patient | Physician | Phys Tax ID | Charge Description | Amt | Pmt | Adj | Bal |
|---|---|---|---|---|---|---|---|---|
| 01-06-2020 | VIRGINIA MELENDEZ | 630-BOYKIN, MARK | 262546889 | 73080 26,RT - X-RAY EXAM OF ELBOW | 68.00 | 0.00 | 68.00 | 0.00 |
| 01-06-2020 | VIRGINIA MELENDEZ | 630-BOYKIN, MARK | 262546889 | 73090 26,RT - X-RAY EXAM OF FOREARM | 61.00 | 0.00 | 61.00 | 0.00 |
| 01-06-2020 | VIRGINIA MELENDEZ | 630-BOYKIN, MARK | 262546889 | 73110 26,RT - X-RAY EXAM OF WRIST | 68.00 | 0.00 | 68.00 | 0.00 |
| | | | | Account Balance: | | | | $0.00 |

Agency:   $126.08

Agency:  Gulf Coast Collections   941-684-1703

FOR BILLING QUESTIONS PLEASE CALL   (866) 881-4351

Account Number:   5443567-RAAP

1

TSHEL

5443567-RAAP-37909127

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

VIRGINIA MELENDEZ, §
§
Plaintiff, §
§
vs. §          Cause No.: 2021-DCV-4259
§
SAM'S WEST, INC. d/b/a EL PASO §
SAM'S CLUB #6502 a/k/a SAM'S CLUB §
#6502, §
§
Defendant, §
§

**NOTICE OF INTENT TO USE BILLING RECORDS**

TO:     DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of

the above styled and numbered cause certified copies of the following business records of

**Southwest X-Ray- MedChex** and showing the business records of **Virginia Melendez** and after

the date of the accident made the subject of this suit, such certified copies of the business records

being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com


 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:


Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
 *d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*



*/s/Daniela Labinoti*
**DANIELA LABINOTI**

Business Affidavit of Records

STATE OF _North Carolina_     §
                                    §
COUNTY OF                     §
_Mecklenburg_             §

      Before me, the undersigned authority, personally appeared _Christina Brown_, who, being by me duly sworn, deposed as follows:

      My name is _Christina Brown_ I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

      I am a custodian of records for MedChex. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that MedChex provided to Virginia Melendez on 01/06/2020 to Present. The attached records are a part of this affidavit.

      The attached records are kept by MedChex in the regular course of business, and it was the regular course of business of MedChex for an employee or representative of MedChex, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

      *The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.*

      The total amount paid for the services was $_____0_____ and the amount currently unpaid but which MedChex has a right to be paid after any adjustments or credits is $__4,366.00__.

                                                (Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the _5_ day of _January_, _2024_.

                                         NOTARY PUBLIC in and for the
                                         State of _NC_

My Commission Expires:
_5/18/22_

1500

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Omni Healthcare
PO Box 392455
Pittsburgh, PA 15251-9455

x x x PICA | PICA x x x

| | |
|---|---|
| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) **744243** |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) Virginia Melendez | 3. PATIENT'S BIRTH DATE  SEX  M [ ] F [ ] | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) Virginia Melendez |
| 5. PATIENT'S ADDRESS (No., Street) 1715 E. Yandell | 6. PATIENT RELATIONSHIP TO INSURED Self [X] Spouse Child Other | 7. INSURED'S ADDRESS (No., Street) 1715 E. Yandell |
| CITY El Paso  STATE TX | 8. RESERVED FOR NUCC USE | CITY El Paso  STATE TX |
| ZIP CODE 79902  TELEPHONE 9154789580 | | ZIP CODE 79902  TELEPHONE 9154789580 |

9. OTHER INSURED'S NAME — 10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? Yes[ ] No[X]
b. AUTO ACCIDENT? Yes[ ] No[X]  PLACE (State)
c. OTHER ACCIDENT? Yes[ ] No[X]

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH  SEX M[ ] F[ ]
c. INSURANCE PLAN NAME OR PROGRAM NAME OMNI HEALTHCARE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? Yes[ ] No[X]

SIGNED **SIGNATURE ON FILE**  DATE **3/11/2020**  SIGNED **SIGNATURE ON FILE**

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DN Paul Marullo  17b NPI

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
A. M25.562  B. S83.231A  C. S83.411A

| | DATE(S) OF SERVICE | | PLACE | EMG | CPT/HCPCS | MODIFIER | DIAG PTR | $ CHARGES | DAYS | | ID | RENDERING PROVIDER ID # |
|--|--|--|--|--|--|--|--|--|--|--|--|--|
|1| 3 11 20 | 3 11 20 | 11 | | 73721 | le ft | A B C | 2096 00 | 1 | | | NPI |

25. FEDERAL TAX I.D. NUMBER 744243  EIN[X]
26. PATIENT'S ACCOUNT NO. 744243
27. ACCEPT ASSIGNMENT? YES[X] NO[ ]
28. TOTAL CHARGE $ 2096 00  29. AMOUNT PAID $ 0 00  30. BALANCE DUE $ 2096 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER Omni Healthcare
32. SERVICE FACILITY LOCATION INFORMATION
Southwest X-Ray Gateway
10501 Gateway West Blvd Suite A-140
El Paso, TX  79925
33. BILLING PROVIDER INFO & PH #
Omni Healthcare
PO Box 392455
Pittsburgh, PA 15251-9455
(866) 959-1100

SIGNED: DATE:12/28/20

APPROVED OMB-0938-1197 FORM CMS-1500 (02-12)

1500
# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Omni Healthcare
PO Box 392455
Pittsburgh, PA 15251-9455

PICA | | PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member I.D. #) | (ID#) | (ID#) | X (ID#) | 744243 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| Virginia Melendez | M ☐ F ☐ | Virginia Melendez |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1715 E. Yandell | Self ☒ Spouse ☐ Child ☐ Other ☐ | 1715 E. Yandell |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| El Paso | TX | | El Paso | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|
| 79902 | 9154789580 | 79902 | 9154789580 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) Yes ☐ No ☒ | a. INSURED'S DATE OF BIRTH   SEX   M ☐ F ☐ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? PLACE (State) Yes ☐ No ☒ | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? Yes ☐ No ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME OMNI HEALTHCARE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? Yes ☐ No ☒ If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE 1/28/2020

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: ILLNESS, INJURY, OR PREGNANCY(LMP) MM DD YY | 15. OTHER DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|
| QUAL ◀ | QUAL MM | |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DN Paul Marullo | 17a. 17b NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
|---|---|---|

| 19. ADDITIONAL CLAIM INFORMATION (Designated BY NUCC) | 20. OUTSIDE LAB? Yes ☐ No ☒ $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E) | | 22. RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|---|
| A. M25.562  B.  C.  D. | | |
| E.  F.  G.  H. | | 23. PRIOR AUTHORIZATION NUMBER |
| I.  J.  K.  L. | | |

| 24. A. DATE(S) OF SERVICE From       To MM DD YY   MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 28 20  1 28 20 | 11 | | 73562   LT | A | 145 00 | 1 | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN ☒ | 26. PATIENT'S ACCOUNT NO. 744243 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐ | 28. TOTAL CHARGE $ 145 00 | 29. AMOUNT PAID $ 00 | 30. BALANCE DUE $ 145 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) Omni Healthcare | 32. SERVICE FACILITY LOCATION INFORMATION Southwest X-Ray Gateway 10501 Gateway West Blvd Suite A-140 El Paso, TX  79925 | 33. BILLING PROVIDER INFO & PH # Omni Healthcare PO Box 392455 Pittsburgh, PA 15251-9455 (866) 959-1100 |
|---|---|---|
| SIGNED:   DATE:12/28/20 | a.      b. | a.      b. |

NUCC Instruction Manual available at: www.nucc.org     APPROVED OMB-0938-1197 FORM CMS-1500 (02-12)

**1500**

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Omni Healthcare
PO Box 392455
Pittsburgh, PA 15251-9455

[ ] [ ] [ ] PICA                                                                  PICA [ ] [ ] [ ]

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| [ ] (Medicare #) | [ ] (Medicaid #) | [ ] (ID#/DoD#) | [ ] (Member I.D. #) | [ ] (ID#) | [ ] (ID#) | [X] (ID#) | 744243 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Virginia Melendez**

3. PATIENT'S BIRTH DATE | SEX
M [ ]   F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Virginia Melendez**

5. PATIENT'S ADDRESS (No., Street)
**1715 E. Yandell**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]   Spouse [ ]   Child [ ]   Other [ ]

7. INSURED'S ADDRESS (No., Street)
**1715 E. Yandell**

CITY **El Paso**   STATE **TX**

8. RESERVED FOR NUCC USE

CITY **El Paso**   STATE **TX**

ZIP CODE **79902**   TELEPHONE (Include Area Code) **9154789580**

ZIP CODE **79902**   TELEPHONE (INCLUDE AREA CODE) **9154789580**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[ ] Yes   [X] No

a. INSURED'S DATE OF BIRTH | SEX
M [ ]   F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   PLACE (State)
[ ] Yes   [X] No

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
[ ] Yes   [X] No

c. INSURANCE PLAN NAME OR PROGRAM NAME
**OMNI HEALTHCARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] Yes   [X] No   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **4/11/2020**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS, INJURY, or PREGNANCY (LMP)
MM DD YY   QUAL

15. OTHER DATE   MM DD YY
QUAL

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN **Paul Marullo**
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   $ CHARGES
[ ] Yes   [X] No

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)
A. **S49.91XA**   B. **M25.511**   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 11 20 | 4 11 20 | 11 | | 73221 | RT | A B | 2125 00 | 1 | | | NPI |
| 2 | | | | | | | | | | | | NPI |
| 3 | | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [ ]

26. PATIENT'S ACCOUNT NO. **744243**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES   [ ] NO

28. TOTAL CHARGE $ **2125** 00

29. AMOUNT PAID $ **0** 00

30. BALANCE DUE $ **2125** 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Omni Healthcare**
SIGNED:   DATE: 12/28/20 20

32. SERVICE FACILITY LOCATION INFORMATION
**Southwest X-Ray Gateway**
**10501 Gateway West Blvd Suite A-140**
**El Paso, TX  79925**

33. BILLING PROVIDER INFO & PH #
**Omni Healthcare**
**PO Box 392455**
**Pittsburgh, PA 15251-9455**
**(866) 959-1100**

a.   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM CMS-1500 (02-12)

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**NOTICE OF INTENT TO USE BILLING RECORDS**

TO:    DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following business records of **Sun City Orthopeadic & Hand Surgery Specialists** and showing the business records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the business records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com

*/s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:


Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*



*/s/Daniela Labinoti*
**DANIELA LABINOTI**

TEXAS CIVIL PRACTICE AND REMEDIES CODE §18.001 AND 902(10)(c) AFFIDAVIT
CONCERNING COST AND NECESSITY OF SERVICES

Before me, the undersigned authority, personally appeared _Lorena Maya_ [name of affiant], who, being by me duly sworn, deposed as follows:

My name is _Lorena Maya_ [name of affiant]. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **Sun City Orthopaedic & Hand Surgery Specialists** [person who provided the service]. Attached to this affidavit are records that provide an itemized statement of the service and the charge for service that **Sun City Orthopaedic & Hand Surgery Specialists** [person who provided the service] provided to **Virginia Melendez** [person who received the service] from _01 / 06 / 20_ through _Present_. The attached records are a part of this affidavit.

The attached records are kept by me in the regular course of business, and it was the regular course of business of **Sun City Orthopaedic & Hand Surgery Specialists** for an employee or representative of **Sun City Orthopaedic & Hand Surgery Specialists**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time that the service was provided. The records are the original or a duplicate of the original.

The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

The total amount PAID for the services was $ _0_ and the amount currently unpaid but which **Sun City Orthopaedic & Hand Surgery Specialists** has a right to be paid after any adjustments or credits is $ _934. 00_ (balance owing).

_Lorena Maya_
Affiant
Custodian of Records or Authorized Representative of
Sun City Orthopaedic & Hand Surgery Specialists

SWORN TO AND SUBSCRIBED before me on the _13th_ day of _January_ , 20 _21_

Notary Public, State of Texas

_Brandon Young_
Notary's Printed Name

My Commission Expires: _9/ 28/ 2023_

BRANDON YOUNG
Notary Public, State of Texas
Comm. Expires 09-28-2023
Notary ID 130384922

CIVIL PRACTICE AND REMEDIES CODE § 18.001 AND 902(10)(c) AFFIDAVIT CONCERNING COST AND NECESSITY OF SERVICES

Sun City Orthopaedics & HandSurgery
### Itemization of Charges
For Posting Date January 7, 2021

| | | | | |
|---|---|---|---|---|
| Clinic: | Sun City Orthopaedics & HandSurgery | | | |
| Address: | 1400 George Dieter Ste 100<br>El Paso, TX 799367653 | Insurance #1: | Third Party Liability<br>unknown<br>El Paso, TX 79925 |
| Phone: | (915) 581-0712 | Adjuster: | |
| Tax ID: | 454926746 | Group Number | |
| WCAB: | | Policy Number: | 01311966 |
| | | | |
| Employer: | | Insurance #2: | |
| Patient #: | 671905 | Adjuster: | |
| Patient: | Virginia Melendez | Group Number: | |
| Date of Injury: | | Policy Number: | |

| Visit # | Service Date | Provider Name | Procedure Description | Code | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 1083554 | 07/31/2020 | Eric Sides, MD | Office or other outpatient ... | 99203 | 734.00 | – | – | 734.00 |
| **TOTALS** | | | | | **734.00** | **-** | **-** | |

| | |
|---|---|
| **BALANCE DUE** | **734.00** |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## NOTICE OF INTENT TO USE BILLING RECORDS

TO:      DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following business records of **Sun City Orthopeadic & Hand Surgery Specialists** and showing the business records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the business records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com

*/s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
 *d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*


*/s/Daniela Labinoti*
**DANIELA LABINOTI**

TEXAS CIVIL PRACTICE AND REMEDIES CODE §18.001 AND 902(10)(c) AFFIDAVIT
CONCERNING COST AND NECESSITY OF SERVICES

Before me, the undersigned authority, personally appeared _Lorena Maya_ [name of affiant], who, being by me duly sworn, deposed as follows:

My name is _Lorena Maya_ [name of affiant]. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **Sun City Orthopaedic & Hand Surgery Specialists** [person who provided the service]. Attached to this affidavit are records that provide an itemized statement of the service and the charge for service that **Sun City Orthopaedic & Hand Surgery Specialists** [person who provided the service] provided to **Virginia Melendez** [person who received the service] from _01/06/20_ through _Present_. The attached records are a part of this affidavit.

The attached records are kept by me in the regular course of business, and it was the regular course of business of **Sun City Orthopaedic & Hand Surgery Specialists** for an employee or representative of **Sun City Orthopaedic & Hand Surgery Specialists**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time that the service was provided. The records are the original or a duplicate of the original.

The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

The total amount PAID for the services was $ _—0—_ and the amount currently unpaid but which **Sun City Orthopaedic & Hand Surgery Specialists** has a right to be paid after any adjustments or credits is $ _934.00_ (balance owing).

_Lorena Maya_
Affiant
Custodian of Records or Authorized Representative of
Sun City Orthopaedic & Hand Surgery Specialists

SWORN TO AND SUBSCRIBED before me on the _13th_ day of _January_, 20 _21_

Notary Public, State of Texas

_Brandon Young_
Notary's Printed Name

BRANDON YOUNG
Notary Public, State of Texas
Comm. Expires 09-28-2023
Notary ID 130384822

My Commission Expires: _9/28/2023_

Sun City Orthopaedics & HandSurgery
## Itemization of Charges
For Posting Date January 7, 2021

| | | | | | |
|---|---|---|---|---|---|
| **Clinic:** | Sun City Orthopaedics & HandSurgery | | | | |
| **Address:** | 1400 George Dieter Ste 100<br>El Paso, TX 799367653 | | **Insurance #1:** | Third Party Liability<br>unknown<br>El Paso, TX 79925 | |
| **Phone:** | (915) 581-0712 | | **Adjuster:** | | |
| **Tax ID:** | | | **Group Number** | | |
| **WCAB:** | | | **Policy Number:** | 01311966 | |
| | | | | | |
| **Employer:** | | | **Insurance #2:** | | |
| **Patient #:** | 671905 | | **Adjuster:** | | |
| **Patient:** | Virginia Melendez | | **Group Number:** | | |
| **Date of Injury:** | | | **Policy Number:** | | |

| Visit # | Service Date | Provider Name | Procedure Description | Code | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 1083554 | 07/31/2020 | Eric Sides, MD | Office or other outpatient .. | 99203 | 734.00 | – | – | 734.00 |
| **TOTALS** | | | | | **734.00** | - | - | |

| | | |
|---|---|---|
| | **BALANCE DUE** | **734.00** |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**NOTICE OF INTENT TO USE MEDICAL RECORDS**

TO:     DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following medical records **Dr. Keith Johnson** and showing the medical records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the medical records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com

*/s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:


Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
 *d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*




                          */s/Daniela Labinoti*
                          **DANIELA LABINOTI**

## **AFFIDAVIT**

STATE OF ___T̲e̲x̲a̲s̲___     §
                              §

COUNTY OF ___E̲l̲ ̲P̲a̲s̲o̲___     §

BEFORE ME, the undersigned authority, personally appeared *Maria Lice*, who, being by me duly sworn, deposed as follows:

My name is *Maria Lice* . I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of Dr. Keith Johnson, MD. Attached hereto are ‾3̲2̲‾ pages of records for Virginia Melendez. These records are kept by Dr. Keith Johnson, MD, in the regular course of business, and it was the regular course of business Dr. Keith Johnson, MD, for an employee or representative of Dr. Keith Johnson, MD, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records that are attached are the original or exact duplicates of the original records for Virginia Melendez.

_____
(Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the ‾2̲8̲‾ᵗʰ day of *December* 2021

JAHZIEL LOPEZ
Notary Public, State of Texas
Comm. Expires 03-11-2025
Notary ID 132969563

_____
NOTARY PUBLIC in and for the
State of T̲x̲

My Commission Expires:

___3̲.̲1̲1̲-̲2̲5̲___

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## NOTICE OF INTENT TO USE MEDICAL RECORDS

TO:    DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following medical records **Dr. Terren Klein** and showing the medical records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the medical records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com


 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

*/s/Daniela Labinoti*
**DANIELA LABINOTI**

## AFFIDAVIT

STATE OF Texas                        §
                                      §
COUNTY OF El Paso                     §

BEFORE ME, the undersigned authority, personally appeared Stacy Navarro who, being by me duly sworn, deposed as follows:

My name is Stacy Navarro am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of Dr. Terren D. Klein. Attached hereto are 35 pages of records for Virginia Melendez. These records are kept by Dr. Terren D. Klein, in the regular course of business, and it was the regular course of business of Dr. Terren D. Klein, for an employee or representative of Dr. Terren D. Klein, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records that are attached are the original or exact duplicates of the original records for Virginia Melendez.

_____
(Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the 17 day of December 2020

_____
NOTARY PUBLIC in and for the
State of Texas

My Commission Expires:
10/9/2022

MARTHA ESTHER SALAS
Notary ID #125450475
My Commission Expires
October 9, 2022

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

VIRGINIA MELENDEZ,                          §
                                            §
        Plaintiff,                          §
                                            §
vs.                                         §           Cause No.: 2021-DCV-4259
                                            §
SAM'S WEST, INC. d/b/a EL PASO              §
SAM'S CLUB #6502 a/k/a SAM'S CLUB           §
#6502,                                      §
                                            §
        Defendant,                          §
                                            §

## NOTICE OF INTENT TO USE MEDICAL RECORDS

TO:     DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of

the above styled and numbered cause certified copies of the following medical records **El Paso**

**Chiropractic** and showing the medical records of **Virginia Melendez** and after the date of the

accident made the subject of this suit, such certified copies of the medical records being attached

hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com

 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

*/s/Daniela Labinoti*
**DANIELA LABINOTI**

**AFFIDAVIT**

STATE OF ___Texas___     §
                         §
COUNTY OF ___El Paso___  §

BEFORE ME, the undersigned authority, personally appeared _Randie Feria_, who, being by me duly sworn, deposed as follows:

My name is _Randie Feria_. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of El Paso Chiropractic. Attached hereto are ___41___ pages of records for Virginia Melendez. These records are kept by El Paso Chiropractic, in the regular course of business, and it was the regular course of business of El Paso Chiropractic, for an employee or representative of El Paso Chiropractic, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records that are attached are the original or exact duplicates of the original records for Virginia Melendez.

_____
(Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the _22_ day of _December_

ERICA RILEY
Notary Public, State of Texas
Comm. Expires 12-11-2024
Notary ID 130904431

_____
NOTARY PUBLIC in and for the
State of _Texas_

My Commission Expires:

_12-11-24_

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**NOTICE OF INTENT TO USE MEDICAL RECORDS**

TO:    DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following medical records **Las Palmas Medical Center** and showing the medical records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the medical records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com

 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:


Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*


*/s/Daniela Labinoti*
**DANIELA LABINOTI**

Patient: __VIRGINIA MELENDEZ__   Medical Record Number: __X000614187__   eRequest ID: __56871470__

Facility: __LAS PALMAS MEDICAL CENTER__   Phone Number: __915-521-1389__

Address: __1801 NORTH OREGON__   City/State: __EL PASO TEXAS__   Zip: __79902__

---

### CERTIFICATION OF MEDICAL RECORDS

Before me, the undersigned authority, personally appeared __ANN TODD__

Who, being by me duly sworn, deposed as follows:

My name is __ANN TODD__, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the custodian of the medical records for __LAS PALMAS MEDICAL CENTER__

Attached hereto are __47__ pages of medical records.

These said __47__ pages of medical records are kept by __LAS PALMAS MEDICAL__ in the regular course of business, and it was in the regular course of business of __LAS PALMAS MEDICAL CENTER__ for an employee or representative of __LAS PALMAS MEDICAL CENTER__ with knowledge of the act, event, condition, opinion or diagnosis, was ordered to make the record or to transmit information thereof to be included in such records; and the records were made at or near the time of reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

---

### CERTIFICATION OF NO RECORDS

☐ A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

---

### DECLARATION OF CUSTODIAN OF RECORDS

I, __ANN TODD__, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of __TEXAS__, County of __EL PASO__ that the foregoing is true and correct.

Signature _Ann Todd_    Date _12/17/2020_

Subscribed and sworn to me, a notary public in and for said county, this __17__ Day of __December__ 20 __20__

Notary Public
My commission expires: __5/25/2021__

LORENA PENALVER
Notary Public State of Texas
Comm Expires 05 25 2021
Notary ID 108860

In states where a Notary is not required, this form will only include signature and date of the medical record custodian.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## NOTICE OF INTENT TO USE MEDICAL RECORDS

TO:    DEFENDANT, by and through their attorney of record.

This will serve as notice to you of my intention to introduce into evidence in the trial of the above styled and numbered cause certified copies of the following medical records **Southwest X-Ray- MedChex** and showing the medical records of **Virginia Melendez** and after the date of the accident made the subject of this suit, such certified copies of the medical records being attached hereto and incorporated herein by reference for all purposes.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com


 */s/Daniela Labinoti*
**DANIELA LABINOTI**
State Bar No. 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April 2022, a true and correct copy of the foregoing was forwarded to:


Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*



*/s/Daniela Labinoti*
**DANIELA LABINOTI**

## AFFIDAVIT

STATE OF ___TX___            §
                             §
COUNTY OF El Paso            §

BEFORE ME, the undersigned authority, personally appeared Cristina Correa, who, being by me duly sworn, deposed as follows:

My name is Cristina Correa. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of Southwest X-Ray/Akumin Imaging Texas. Attached hereto are _five_ pages of records for Virginia Melendez. These records are kept by Southwest X-Ray/Akumin Imaging Texas, in the regular course of business, and it was the regular course of business of Southwest X-Ray/Akumin Imaging Texas, for an employee or representative of Southwest X-Ray/Akumin Imaging Texas, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records that are attached are the original or exact duplicates of the original records for Virginia Melendez.

(Signature of Affiant)

SWORN TO AND SUBSCRIBED before me on the _17_ day of _December_ 2020

NOTARY PUBLIC in and for the
State of _Texas_

VERONICA ESCARZAGA
Notary Public, State of Texas
Comm. Expires 08-14-2021
Notary ID 124788210

My Commission Expires:

8·14·2021

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63652773
Status as of 4/19/2022 4:24 PM MST

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/18/2022 1:49:03 PM | SENT |

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Suetta Carder | | suetta@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |
| Daniela Labinoti | | daniela@labinotilaw.com | 4/18/2022 1:49:03 PM | SENT |

IN THE 327th JUDICIAL DISTRICT COURT
IN EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| VIRGINIA MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No.: 2021-DCV-4259 |
| | § | |
| SAM'S WEST, INC. d/b/a EL PASO | § | |
| SAM'S CLUB #6502 a/k/a SAM'S CLUB | § | |
| #6502, | § | |
| | § | |
| Defendant, | § | |
| | § | |

**PLAINTIFF'S SECOND AMENDED PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW VIRGINIA MELENDEZ (hereinafter referred to as "Plaintiff"),

complaining of SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB

#6502 (hereinafter referred to as "Defendant SAM'S CLUB"), and for a cause of action would

respectfully show the Court as follows:

**I.**
**DISCOVERY CONTROL PLAN**

Pursuant to Rule 190, discovery in this case will be conducted in Level 3.

**II.**
**PARTIES AND SERVICE**

Plaintiff VIRGINIA MELENDEZ is a resident of El Paso County, Texas.

Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S

CLUB #6502 is a foreign for-profit corporation doing business in El Paso County, Texas, and

may be served with process by serving its registered agent, CT CORPORATION SYSTEM, or

*Virginia Melendez vs. Sam's West, Inc. d/b/a El Paso Sam's Club #6502 a/k/a Sam's Club #6502*
Plaintiff's Second Amended Petition

Page **1** of 8

any other authorized officer or agent therein at 1999 Bryan Street, Suite #900, Dallas, Texas 75201 and/or wherever they may be found.

## III.
## VENUE AND JURISDICTION

The subject matter in controversy is within the jurisdictional limits of this Court. The Court has jurisdiction over this matter in that Plaintiff is a Texas resident and Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502 does business in the State of Texas. Venue in El Paso County, Texas is proper in this cause under Section §15.002(a) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in the county.

## IV.
## FACTUAL BACKGROUND

The injuries and damages suffered by Plaintiff VIRGINIA MELENDEZ and made the basis of this action arose out of an incident which occurred on or about January 6, 2020, in El Paso County, Texas, specifically at Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502's store located at 7001 Gateway West Boulevard, El Paso, Texas 79925. This store is owned, run, and operated by Defendant. As such, Plaintiff involves the doctrine of *respondeat superior* and/or vicarious liability. At the time in question, Plaintiff was an invitee at the subject retail store.

On January 6, 2020, Plaintiff VIRGINIA MELENDEZ was an invitee at the store in question. Plaintiff was in the food court near the entrance of Defendant store and had purchased some hot dogs for her and her husband. Plaintiff was heading to the condiment stand of the food court to prepare her food and as she was walking to the condiment stand, she slipped on a puddle

of what appeared to be a clear, liquidly substance that resembled chicken grease, causing Plaintiff to fall hard onto the floor.

Plaintiff MELENDEZ was not expecting the fall and fell to the floor in a very hard manner, causing Plaintiff to sustain severe injuries to her body.

At such time, Plaintiff was an invitee to whom Defendant owed a duty to use reasonable care, including the duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises and/or to warn of their existence.

The store in question is under the sole control of Defendant. Employees of Defendant are responsible for providing a safe place for customers. Defendant has a duty to keep their premise safe for invitees such as the Plaintiff. Defendant failed in this duty.

Defendant is vicariously liable for all acts/or omissions of negligence committed by their store managers, and any and all employees, officers, or agents of Defendant, which were the proximate cause of all damages suffered by Plaintiff.

As a result of the occurrence, Plaintiff sustained substantial injuries and damages.

**V.**
**PLAINTIFF'S CLAIMS OF PREMISE LIABILITY AGAINST DEFENDANT SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502**

Plaintiff would show that her injuries and damages were caused by the negligence of Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502. Plaintiff would show that said Defendant SAM'S CLUB owed her a duty of reasonable care, and Defendant's breach of such duty was a proximate cause of Plaintiff's injuries and damages. Defendant was negligent by breaching this duty to the Plaintiff in one or more of the following alternative theories of negligence:

1. Failure to maintain the property to prevent a danger to invitees such as the Plaintiff;

2. Failure to properly inspect the property and eliminate the dangerous condition on the premise;
3. Failure to warn invitees of the potentially dangerous conditions;
4. Failure to implement safety precautions to prevent injuries to invitees;
5. Failure to assure that all employees complied with and followed all safety precautions to prevent injuries to invitees;
6. Failure to correct the dangerous conditions that existed on the premises for the time in question;
7. Ignoring the safety of the customers and invitees and acting with reckless disregard to the rights of the customers and invitees by failing to properly inspect/maintain the property to prevent having obstructions or dangerous conditions on the floor;
8. Negligent training and supervision by management and Defendant on the proper and safe procedures for handling maintenance issues on the premises, including but not limited to placing signs, warning customers, and/or closing the area so customers and/or invitees cannot walk by;
9. Failure to put warning signs out for customers and invitees warning them of the dangerous condition;
10. Other negligence.

Each of which acts and/or omissions referenced above was other than what a reasonable and prudent person would have been doing under the same or similar circumstances and was a proximate cause of Plaintiff's injuries and damages.

It is foreseeable that failing to properly inspect and/or maintain the premises to discover and resolve the dangerous conditions, could cause harm to customers, and invites including the Plaintiff; nevertheless, Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502's employees ignored the risk and acted with reckless disregard to the safety of the public.

## VI.
## PLAINTIFF'S CLAIM OF VICARIOUS LIABILITY AGAINST DEFENDANT SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502

Alternatively, and without waiving the foregoing, Plaintiff would show that Defendant SAM'S WEST, INC. d/b/a EL PASO SAM'S CLUB #6502 a/k/a SAM'S CLUB #6502 is liable for the damages and injuries which were caused by the negligence and other wrongful conduct of

its employees, agents, managers, officers, and/or representatives. Defendant SAM'S CLUB is liable for the acts and/or omissions of their employees, agents, managers, officers, and/or representatives. In addition, Defendant SAM'S CLUB owed a duty of care to Plaintiff because of Defendant's right of control, which arose through the course of dealing. Defendant SAM'S CLUB is liable under the *respondeat superior;* master/servant, principal/agent.

## VII.
## PLAINTIFF'S DAMAGES

As a direct result of the occurrence, Plaintiff suffered bodily injuries. As a further result of the occurrence, Plaintiff has incurred expenses for medical care, nursing services, attention, and other expenses. These expenses incurred were necessary for the care and treatment of the injuries sustained by Plaintiff and the charges made and to be made were the usual and customary charges for such services. Plaintiff will require further medical care, nursing services, and attention, and will necessarily incur reasonable expenses in the future for such medical needs.

Plaintiff has suffered extreme pain and suffering in the past and Plaintiff will continue to suffer pain and suffering in the future. Plaintiff has suffered mental anguish in the past and will continue to suffer mental anguish in the future. As a result of the occurrence, Plaintiff has suffered within the jurisdictional limits of this Court and requests monetary relief of over $1,000,000.00.

## VIII.
## RELIEF REQUESTED

Pursuant to Tex. R. Civ. P. 47(c), Plaintiff is required to plead the maximum amount of damages sought, however, some damages are unliquidated and cannot be easily calculated in

monetary terms. In addition, discovery has not yet begun and the extend of Plaintiff's future

damages is still being determined. At the early stage of the proceedings, Plaintiff requests that

the jury be fair and reasonable in its determination of damages in an amount of relief of over

$1,000,000.00.

## IX.
## JURY DEMAND

Plaintiff respectfully requests a trial by jury of the issues of this case.

## X.

Plaintiff hereby notifies Defendant that Plaintiff intends to use Defendant's discovery

answers and responses, including any evidence produced in responses to such discovery, as

evidence in trial in accordance with such right and privileges established by Tex. R. Civ. P.

193.7.

## XI.
## REQUEST FOR INITIAL DISCLOSURES TO DEFENDANT
## DUTY TO DISCLOSE WITHIN 30 DAYS OF THE SERVICES.

**PLEASE BE ADVISED THAT UNDER TEXAS RULE 194, YOU MUST PRODUCE AND
PROVIDE THE REQUIRED DISCLOSURES WITHIN 30 DAYS OF SERVICE:**

(a) **Time for Initial Disclosures.** A party must make the initial disclosures within 30 days
after the filing of the first answer or general appearance unless a different time is set by
the parties' agreement or court order. A party that is first served or otherwise joined after
the filing of the first answer or general appearance must make the initial disclosures
within 30 days after being served or joined.

(b) **Content.** Without awaiting a discovery request, Aa party may request disclosure of any
or all of the following must provide to the other parties:

(1) the correct names of the parties to the lawsuit;
(2) the name, address, and telephone number of any potential parties;
(3) the legal theories and, in general, the factual bases of the responding party's claims or
defenses (the responding party need not marshal all evidence that may be offered at trial);

(4) the amount and any method of calculating economic damages;
(5) the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;
(6) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the responding party has in its possession, custody, or control, and may use to support its claims or defenses, unless the use would be solely for impeachment;
(7) any indemnity and insuring agreements described in Rule 192.3(f);
(8) any settlement agreements described in Rule 192.3(g);
(9) any witness statements described in Rule 192.3(h);
(10) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;
(11) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party; and
(12) the name, address, and telephone number of any person who may be designated as a responsible third party.

### 194.3 Testifying Expert Disclosures.

In addition to the disclosures required by Rule 194.2, a party must disclose to the other parties testifying expert information as provided by Rule 195.

**Disclosures. Without awaiting a discovery request, a party must provide the following for any testifying expert:**

(1) the expert's name, address, and telephone number;
(2) the subject matter on which the expert will testify;
(3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information.
(4) if the expert is retained by, employed by, or otherwise subject to the control of the responding party.

### XII.
### CONCLUSION AND PRAYER

**WHEREFORE PREMISES CONSIDERED,** Plaintiff prays that Defendant be cited to

appear and answer, and that on final trial, Plaintiff have judgment against Defendant for all relief

requested, for costs, pre-judgment, and post judgment interest and for such other relief, general and special, at law or in equity, to which Plaintiff is entitled to relief of over $1,000,000.00.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600- Voice
(915) 581-4605- Fax
daniela@labinotilaw.com

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**
Texas State Bar Number: 24050900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of April, 2022, a true and correct copy of the foregoing was E-Filed and served on:

Laura Enriquez
Mounce, Green, Myers, Safi,
Paxson, & Galatzan, P.C.
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915)532-2000- Voice
(915)541-1597- Facsimile
enriquez@mgmsg.com
*Attorneys for Defendant Sam's West, Inc.*
*d/b/a El Paso Sam's Club #6502 a/k/a*
*Sam's Club #6502*

*/s/ Daniela Labinoti*
**DANIELA LABINOTI**

DL/bm

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Daniela Labinoti on behalf of Daniela Labinoti
Bar No. 24050900
daniela@labinotilaw.com
Envelope ID: 64033665
Status as of 4/29/2022 11:45 AM MST

Associated Case Party: VIRGINIA MELENDEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniela Labinoti | | daniela@labinotilaw.com | 4/29/2022 9:10:50 AM | SENT |
| Danny Leal | | danny@labinotilaw.com | 4/29/2022 9:10:50 AM | SENT |
| Suetta Carder | | suetta@labinotilaw.com | 4/29/2022 9:10:50 AM | SENT |
| Bianca Martinez | | biancam@labinotilaw.com | 4/29/2022 9:10:50 AM | SENT |

Associated Case Party: SAM'S WEST, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Enriquez | | enriquez@mgmsg.com | 4/29/2022 9:10:50 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeanette Williams | | jwilliams@mgmsg.com | 4/29/2022 9:10:50 AM | SENT |
| Ilene Torres | | itorres@mgmsg.com | 4/29/2022 9:10:50 AM | SENT |