**FILED**
June 16, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Reuben Amaro____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| HON. DAVID C. GUADERRAMA | § § § § § | ALL CIVIL CASES |

## STANDING ORDER TO REPLEAD IN REMOVAL CASES

**IT IS ORDERED** that in all removed cases, **plaintiff(s) SHALL** replead by separately filing a complaint that conforms to the requirements of Federal Rules of Civil Procedure 8 and 9. **Plaintiff(s) SHALL** replead within fourteen (14) calendar days of the expiration of the thirty-day deadline to file a motion to remand pursuant to 28 U.S.C. § 1447(c) or within fourteen days of the Court's order denying a motion to remand. If defendant(s) filed an answer in state court, **defendant(s) SHALL** replead by separately filing an answer that conforms to the requirements of Federal Rules of Civil Procedure 8, 9, and 12. **Defendant(s) SHALL** replead within twenty-one (21) days of the date plaintiff(s) file their complaint.

So ORDERED and SIGNED this 16th day of June 2021.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE